**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | **CHAPTER 7** |
| **NEW OPPORTUNITIES, INC.,** | § | |
| | § | **CASE NO. 21-50018-rbk** |
| **DEBTOR.** | § | |
| | § | |

### NOTES AND STATEMENT OF LIMITIATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statement of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by New Opportunities, Inc. ("New Opp" or "Debtor") as debtor and debtor-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor, with the assistance of the Debtor's advisors, and are unaudited.

These Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtor's' Schedule of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

Pursuant to the notes between the Debtor and the creditors listed on Schedule D of the Schedules, those creditors are secured by all real estate lien notes owned or pledged to the Debtor. Therefore, the Debtor listed every creditor that loaned money to Debtor as a secured creditor. The Debtor makes no representations or assertions as to the perfection or order of priority of the creditor claims listed in Schedule D of the Schedules.

The Schedules and Statements were prepared by the Debtor's management to be used in this chapter 7 bankruptcy proceeding. The information and disclosures contained in the Schedules and Statements shall not be an admission by or against the Debtor or its managers and/or officers in any other related or unrelated legal proceedings, litigation, arbitration, or Claim (as that term is defined at 11 U.S.C. § 101(5)).

### Specific Disclosures with Respect to Debtor's Schedules of Assets and Liabilities

1.      ***Schedule A/B, Part 9, Question 55***. All real property listed in response to this question is owned by Wallis Alan, Ltd. or Casey James, Ltd. which the Debtor is a 1% owner and general partner of each. The Debtor has treated the real properties listed in response to this question as though Debtor is the owner of them. Historically, any cash to pay for these properties and

repairs has come from Debtor and the proceeds from the sale of any real property went to Debtor.

2.      ***Schedule A/B, Part 9, Question 71***.  All property listed in response to this question is owned by Wallis Alan, Ltd. or Casey James, Ltd. which the Debtor is a 1% owner and general partner of each.  The Debtor has treated the notes listed in response to this question as though Debtor is the owner of them.  Furthermore, the note balances listed on the attachment are as of December 31, 2020.  Since that time, payments on the listed notes have been collected, therefore, the actual outstanding balance is slightly lower than the amount listed.

3.      ***Schedule D, Part 1, Question 2***.  The creditors listed in response to this question are secured by the notes listed in Schedule A/B, Part 9, Question 71.  Is indicated, herein, Wallis Alan Ltd. and Casey James, Ltd. hold the real estate notes that are security for the claims listed in this section.

### Specific Disclosures with Respect to Debtor's Statement of Financial Affairs

1.      ***Part 2, Question 4.1; Part 13, Question 30.1***.  On December 17, 2020 Wallis Alan, Ltd sold to James W. Hale Profit Sharing Plan, a note dated July 22, 2005 executed by Barbara J. Perales in the original amount of $50,000.  The price for the sale of the note was its payoff being the unpaid principal of $11,075.35; plus the accrued interest of $82.02 and late fee of $27.06 for a total of $11,184.43 paid by James W. Hale Profit Sharing Plan to the Debtor.  The amount James W. Hale Profit Sharing Plan paid to purchase the note is more than the Debtor would realize if the note was sold as part of the Debtor's note portfolio wherein a buyer were paying 95% of the unpaid principal balance for the notes.

        Wallis Alan, Ltd. also transferred to James W. Hale Profit Sharing Plan the borrower's (Perales) escrow account which totaled $37,114.32.  $33,188.54 of this amount was insurance proceeds received from the property insurance company for a water related loss at the property, and $3,925.78 escrowed for insurance and taxes.  James W. Hale Profit Sharing Plan paid the taxes on the real property and applied the funds it was holding against the balance of the note, and delivered a check for the balance to Perales, approximately $23,000.00.

2.      ***Part 2, Question 4.2; Part 13, Question 30.2***.  On December 29, 2020 Casey James, Ltd. sold to James W. Hale Profit Sharing Plan, a note dated June 12, 2019 executed by Orfa Lopez in the original amount of $108,000.  On July 25, 2019 the note was modified to advance borrower an additional $26,000.  This additional $26,000 was advanced by James W. Hale Profit Sharing Plan.  The interest rate for the original note was 12.9% amortized over 30 years with monthly principal and interest payments of $1,186.26 plus escrow for insurance and taxes.  The $26,000 component of the modification was to bear 12.9% interest payable in monthly payments of interest only with no escrow requirements.  The borrower continued to make the original note payment on the $108,000 note to the Debtor and made payments by separate check on the $26,000 component to James W. Hale Profit Sharing Plan.  The sales price for the note was its payoff being the unpaid principal of $108,000, plus accrued interest of $2,750.23, and unpaid late fee of $59.31 for a total of $110,809.54.  The payoff that James W. Hale Profit Sharing Plan paid to purchase the note is more than the Debtor would realize if the note was sold as part of the Debtor's note portfolio where buyer is paying 95% of the unpaid principal balance for the notes.

3.      ***Part 2, Question 4.12; Part 13, Question 30.12***.  James W. Hale Profit Sharing Plan owns and services its own real estate notes, separate and apart from the Debtor's.   Some borrowers under James W. Hale Profit Sharing Plan real estate notes requested the ability to make monthly note payments to James W. Hale Profit Sharing Plan by ACH.  James W. Hale Profit Sharing Plan was not able to accommodate its borrowers with ACH payment capability. Debtor was able to receive ACH deposits/payments, and received monthly payments from James W. Hale Profit Sharing Plan's borrowers and remitted those funds back to James W. Hale Profit Sharing Plan.  Essentially, the Debtor acted as a conduit for receipt of payments for James W. Hale Profit Sharing Plan and no amount is owed from James W. Hale Profit Sharing Plan to Debtor or from Debtor to James W. Hale Profit Sharing Plan.  Debtor collected $84,933.02 from James W. Hale Profit Sharing Plan's borrowers and paid $84,933.02 to James W. Hale Profit Sharing Plan.

Dated: February 24, 2021

                                        Respectfully submitted,

                                        LANGLEY & BANACK, INC.
                                        745 E. Mulberry, Suite 700
                                        San Antonio, TX 78216
                                        Telephone: (210) 736-6600
                                        Facsimile: (210) 735-6889

                              By:      */s/ Allen M. DeBard*_____
                                        DAVID S. GRAGG
                                        State Bar No. 08253300
                                        ALLEN M. DeBARD
                                        State Bar No. 24065132

                                        **ATTORNEYS FOR THE DEBTOR**

**Fill in this information to identify the case:**

Debtor Name **New Opportunities, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **21-50018-RBK**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B.................................................... **$1,427,379.00**

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B.................................................. **$3,932,818.67**

   1c. **Total of all property**
      Copy line 92 from Schedule A/B.................................................... **$5,360,197.67**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ **$32,528,656.39**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F................................ **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. **+ $31,765.65**

**4.** **Total liabilities**
   Lines 2 + 3a + 3b............................................................................ **$32,560,422.04**

| **Fill in this information to identify the case** |
| --- |

Debtor name  **New Opportunities, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)  **21-50018-RBK**

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | **Texas Capital Bank**<br>**San Antonio, Texas** | **Checking (Tax & Ins. Escrow Account)** | 4 | 1 | 2 | 2 | $55,415.00 |
| 3.2. | **Texas Capital Bank**<br>**San Antonio, Texas** | **Checking-Fund One** | 4 | 6 | 8 | 4 | $10,665.00 |
| 3.3. | **Texas Capital Bank**<br>**San Antonio, Texas** | **Operating-Checking account** | 4 | 1 | 1 | 4 | $36,512.00 |
| 3.4. | **Texas Capital Bank**<br>**San Antonio, Texas** | **Checking-Tausch Ventures Mortgage Fund** | 4 | 1 | 0 | 6 | $175.67 |
| 3.5. | **Texas Capital Bank**<br>**San Antonio, Texas** | **Checking-Fixed Income Fund** | 4 | 1 | 0 | 6 | $56,038.00 |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

**4.   Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

**5.   Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $158,805.67 |
|---|

## Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.   Accounts receivable**

11a.   90 days old or less:    _____ – _____ = .............. ➔   _____
                                                    face amount                doubtful or uncollectible accounts

11b.   Over 90 days old:       _____ – _____ = .............. ➔   _____
                                                    face amount                doubtful or uncollectible accounts

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| Debtor | New Opportunities, Inc. | Case number (if known) | 21-50018-RBK |
|---|---|---|---|
| | Name | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1. | Wallis Alan, Ltd | 1% | general partner | $500.00 |
| 15.2. | Casey James, Ltd | 1% | general partner | $500.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$1,000.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

**$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Reception Area furniture | $0.00 | salvage | $500.00 |
| **40. Office fixtures** | | | |
| Various | $0.00 | salvage | $500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer server, workstation, copier, scanner, printer | $0.00 | salvage | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$1,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **100 N. Austin St., Seguin, TX  78155 Lot 4, .0268 acre, Guadalupe County** | **Fee simple** | **$335,000.00** | **Listing price** | **$365,000.00** |
| 55.2. | **102 N. Austin St., Seguin, TX 78155 Lot 2, .0404 acre, Guadalupe County** | **Fee simple** | **$327,535.42** | **Listing price** | **$335,000.00** |
| 55.3. | **104 W. Court St., Seguin, TX 78155 Lot 3, .0279 acre, Guadalupe County** | **Fee simple** | **$275,000.00** | **Listing price** | **$325,000.00** |
| 55.4. | **1515 Blackjack, Lockhart, TX 78644 1.0 acre, Caldwell County** | **Fee simple** | **$353,536.74** | **under contract** | **$252,500.00** |
| 55.5. | **1526 Roadside Dr., Canyon Lake, TX 78133 Lot 2, Block 2, Cadillac Canyon, Comal County** | **Fee simple** | **$0.00** | **Appraisal District** | **$21,750.00** |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Lot One (1), Bass Lake Amended Subdivision Acreage 2.5855 acres, Cameron County, TX 78552** | Fee simple | $27,086.94 | Appraisal District | $48,439.00 |
| 55.7. | **731 Sharmain, San Antonio, TX 78221 Lot 15 & 16, Block 39, NCB 9323 San Jose Townsite, Bexar County** | Fee simple | $74,372.28 | Appraisal District | $79,690.00 |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$1,427,379.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

**Schedule A/B: Assets -- Real and Personal Property**

Debtor __**New Opportunities, Inc.**_____   Case number (if known) __**21-50018-RBK**__
         Name

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

**See attached list** _____ **$3,772,013.00** — **$0.00** = ➡ **$3,772,013.00**
                              Total face amount  doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Default Judgment in Cause C2018-1725-B dated 12/20/18 in favor of Casey James, Ltd. for $52,384.92 and $10,000 atty fees with interest until paid. Debtor filed Chapter 13 bankruptcy. Nothing paid to date.** _____ **$0.00**

**Judgment dtd 12/22/04 in favor of Casey James, Ltd. in Casey James Ltd. vs. Krause Constructions, Inc. et al. Cause 2004-CI-14901 in 28th District Court of Bexar County TX. Judgment remains valid.** _____ **$0.00**

**Default Judgment obtained 1/9/20 in Cause 2019-CV-07794. Post judgment collection started. One of the Defendants filed Chapter 7, another filed Chapter 13. Discharge granted and no assets could be located.** _____ **$0.00**

**78. Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90. | **$3,772,013.00** |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$158,805.67** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$1,000.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9* ............................................➔ | | **$1,427,379.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+ $3,772,013.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$3,932,818.67** + 91b. | **$1,427,379.00** |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................... | | **$5,360,197.67** |

**New Opportunities, Inc.**
**Mortgage Loan Portfolio**
**\*\*ALL DATA AS OF DECEMBER 31, 2020**

**New Opportunities Fixed income Fund**

| Loan Number | Current Principal Balance | Escrow Balance |
|---|---|---|
| 000400131-RC | $ 26,817.97 | $ (318.34) |
| 000400146-RC | $ 31,495.28 | $ (42.77) |
| 000770358-RC | $ 27,734.25 | $ - |
| 000770403-RC | $ 30,973.65 | $ 385.76 |
| 000770404-RC | $ 192,411.21 | $ 1,782.89 |
| 000770426-RC | $ 49,546.50 | $ (258.26) |
| 000770467-RC | $ 44,907.79 | $ 221.00 |
| 000770491-RC | $ 24,670.86 | $ 570.00 |
| 000770514-RC | $ 21,919.74 | $ 79.29 |
| 000770569-RC | $ 5,192.63 | $ 1,038.29 |
| 000770587-RC | $ 34,325.74 | $ 394.01 |
| 000770588-RC | $ 58,426.51 | $ 368.28 |
| 000770607-RC | $ 41,748.44 | $ 1,040.83 |
| 000770624-RC | $ 27,169.69 | $ 148.42 |
| 000770630-RC | $ 13,889.99 | $ 482.14 |
| 000770638-RC | $ 21,858.74 | $ - |
| 000770655-RC | $ 57,143.68 | $ 2,471.84 |
| 000770658-RC | $ 33,118.19 | $ 5,879.57 |
| 000770662-RC | $ 64,802.97 | $ 1,473.67 |
| 000770664-RC | $ 45,761.06 | $ 480.03 |
| 000770665-RC | $ 8,465.92 | $ 306.49 |
| 000770677-RC | $ 48,392.07 | $ (402.42) |
| 000770696-RC | $ 25,812.28 | $ 720.13 |
| 000770697-RC | $ 31,079.55 | $ 229.84 |
| 000770700-RC | $ 40,557.73 | $ 90.87 |
| 000770706-RC | $ 42,720.27 | $ 488.67 |
| 000770709-RC | $ 25,218.42 | $ (363.90) |
| 000770710-RC | $ 87,176.82 | $ 1,935.33 |
| 000770713-RC | $ 8,762.43 | $ 838.20 |
| 000770714-RC | $ 40,770.39 | $ 70.98 |
| 000770719-RC | $ 14,081.98 | $ 328.99 |
| 00077072A-RC | $ 33,416.90 | $ 991.44 |
| 000770746-RC | $ 11,667.44 | $ 134.36 |
| 000770748-RC | $ 19,623.32 | $ - |
| 000770752-RC | $ 15,293.39 | $ - |
| 000770756-RC | $ 15,968.96 | $ 385.29 |
| 000770762-RC | $ 46,001.11 | $ 1,406.47 |
| 000770765-RC | $ 34,471.35 | $ 135.50 |
| 000770767-RC | $ 156,275.98 | $ 2,143.90 |
| 000770776-RC | $ 52,511.38 | $ 2,654.68 |
| 000770779-RC | $ 17,060.00 | $ 110.41 |
| 000770787-RC | $ 38,173.24 | $ 686.17 |
| 000770791-RC | $ 47,193.25 | $ - |
| 000770792-RC | $ 69,473.36 | $ 408.16 |
| 000770793-RC | $ 49,819.50 | $ 1,760.87 |
| 000770796-RC | $ 27,397.94 | $ 942.05 |
| 000770798-RC | $ 49,116.33 | $ 1,437.12 |
| 000770801-RC | $ 8,080.07 | $ 2,352.91 |
| 000770803-RC | $ 41,734.06 | $ 321.87 |
| 000770813-RC | $ 30,960.98 | $ 1,216.25 |
| 000770817-RC | $ 55,478.64 | $ 328.36 |
| 000770824-RC | $ 51,831.52 | $ 1,745.16 |
| 000770825-RC | $ 28,332.86 | $ 471.43 |

| | | | |
|---|---|---|---|
| 000770839-RC | $ | 63,968.25 | $ | 158.70 |
| 000770842-RC | $ | 21,717.66 | $ | 204.83 |
| 000770848-RC | $ | 64,140.24 | $ | - |
| 000770849-RC | $ | 94,576.04 | $ | - |
| 000770850-RC | $ | 41,300.00 | $ | - |
| 000770851-RC | $ | 59,783.47 | $ | - |
| 000770853-RC | $ | 99,237.77 | $ | 2,581.41 |
| 000770854-RC | $ | 76,948.92 | $ | 239.05 |
| 000770855-RC | $ | 44,210.46 | $ | 3,715.28 |
| 000770856-RC | $ | 77,946.50 | $ | (15.80) |
| 000770858-RC | $ | 41,231.63 | $ | 0.16 |
| 000770859-RC | $ | 31,479.07 | $ | - |
| 000770862-RC | $ | 137,154.36 | $ | - |
| 000770863-RC | $ | 54,013.76 | $ | 409.82 |
| 000770865-RC | $ | 14,227.51 | $ | - |
| 000770866-RC | $ | 56,446.35 | $ | 618.94 |
| 00770490A-RC | $ | 13,787.74 | $ | 325.47 |
| 00770543A-RC | $ | 190,611.12 | $ | 125.18 |
| 00770572A-RC | $ | 10,955.00 | $ | 136.89 |
| 00770639A-RC | $ | 58,963.79 | $ | - |
| **TOTALS** | **$** | **3,379,533.97** | **$** | **48,572.16** |

**New Opportunities Inc Mortgage Fund One**

| Loan Number | Current Principal Balance | | Escrow Balance | |
|---|---|---|---|---|
| 009161002-RC | $ | 73,294.03 | $ | 2,575.59 |
| 009161005-RC | $ | 137,230.24 | $ | 1,382.15 |
| 009161018-RC | $ | 129,500.00 | $ | 246.59 |
| 09161013A-RC | $ | 52,454.34 | $ | 896.78 |
| **TOTALS** | **$** | **392,478.61** | **$** | **5,101.11** |
| **Grand Totals** | **$** | **3,772,012.58** | **$** | **53,673.27** |

**Fill in this information to identify the case:**

Debtor name          **New Opportunities, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)          **21-50018-RBK**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.  Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.  List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **8531 N. NEW BRAUNFELS** | Describe debtor's property that is subject to a lien | $9,143.60 | $0.00 |
| Creditor's mailing address **8531 N. NEW BRAUNFELS #105** | **Notes** | | |
| | Describe the lien | | |
| | . | | |
| **SAN ANTONIO     TX    78217** | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred _____ | ☑ No | | |
| Last 4 digits of account number  ___ ___ **N  A** | ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply. | | |
| ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$32,528,656.39

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**

**Creditor's name**
**ADAMS, BILLY**

**Creditor's mailing address**
**P.O. BOX 353**

_____

**SOMERSET            TX    78069**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,855.14** | **$0.00**

**2.3**

**Creditor's name**
**ADAMS, BILLY**

**Creditor's mailing address**
**P.O. BOX 353**

_____

**SOMERSET            TX    78069**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,179.15** | **$0.00**

| | |
|---|---|
| Debtor **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.4**

**Creditor's name**
**ANDERSON, KAY**

**Creditor's mailing address**
**P.O. BOX 473**

_____

**LEAKEY        TX    78873**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$77,138.13** | **$0.00** |

---

**2.5**

**Creditor's name**
**ANDERSON, SUZANNE**

**Creditor's mailing address**
**135 PIN OAK LANE**

_____

**HEMPSTEAD       TX   77445**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$9,765.18** | **$0.00** |

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | |
| --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.6**

**Creditor's name**
**BARRERA, JOSE**

**Creditor's mailing address**
**10222 SEVERN**

_____

**SAN ANTONIO      TX    78217**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$91,778.58**    Value of collateral: **$0.00**

---

**2.7**

**Creditor's name**
**BASKIN LIVING TRUST**

**Creditor's mailing address**
**113 JAVELINA TRAIL**

_____

**BASTROP            TX    78602**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$96,408.73**    Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) **21-50018-RBK** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.8**

**Creditor's name**
**BEXAR COUNTY TAX ASSESSOR - COL**

**Creditor's mailing address**
**P.O. BOX 839950**

_____

**San Antonio          TX    78283**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2020**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**731 Sharmain, San Antonio, TX 78221**

**Describe the lien**
**Ad valorem taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $2,176.76 | $79,690.00 |
| --- | --- |

---

**2.9**

**Creditor's name**
**BISHOP, JACOB**

**Creditor's mailing address**
**131 WESTWOOD WAY**

_____

**SAN ANTONIO      TX    78218**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $7,955.31 | $0.00 |
| --- | --- |

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.10**

| **Creditor's name**<br>**BISHOP, LAURA** | **Describe debtor's property that is<br>subject to a lien** | **$78,181.61** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**131 WESTWOOD**

**Notes**

**Describe the lien**
.

**SAN ANTONIO        TX    78218**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number        __  __  __  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.11**

| **Creditor's name**<br>**BISHOP, LAURA** | **Describe debtor's property that is<br>subject to a lien** | **$220,394.17** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**131 WESTWOOD WAY**

**Notes**

**Describe the lien**
.

**SAN ANTONIO        TX    78218**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number        __  __  __  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in
the same property?**
☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.12**

**Creditor's name**
**BISHOP, SAMUEL**

**Creditor's mailing address**
**131 WESTWOOD**

_____

**SAN ANTONIO      TX   78218**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**      ___ ___ __N_ _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
_____
**.**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$28,801.23**     Column B: **$0.00**

---

**2.13**

**Creditor's name**
**BLACKMAN, ETHAN**

**Creditor's mailing address**
**P.O. BOX 275**

_____

**LEAKEY            TX   78873**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**      ___ ___ __N_ _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
_____
**.**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,385.34**     Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) **21-50018-RBK** |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.14**

| Creditor's name | Describe debtor's property that is subject to a lien | **$87,794.79** | **$0.00** |
|---|---|---|---|
| **BLACKMAN, LISA** | | | |

Creditor's mailing address
**1653 US HWY 83 S**

**Notes**

Describe the lien
.

**LEAKEY          TX    78873**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **N    A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.15**

| Creditor's name | Describe debtor's property that is subject to a lien | **$15,000.00** | **$0.00** |
|---|---|---|---|
| **BONEBRAKE, MARY** | | | |

Creditor's mailing address
**3630 CARMEL DR.**

**Notes**

Describe the lien
.

**CASPER          WY    82604**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **N    A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

**2.16**

**Creditor's name**
**BRICE, BILLY JR**

**Describe debtor's property that is subject to a lien**

$84,473.72 | $0.00

**Creditor's mailing address**
**17402 W. LAKEROSE CT.**

**Notes**

**Describe the lien**

**CYPRESS        TX   77429**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**        ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.17**

**Creditor's name**
**BRICE, BILLY JR**

**Describe debtor's property that is subject to a lien**

$40,211.53 | $0.00

**Creditor's mailing address**
**17402 W. LAKEROSE CT.**

**Notes**

**Describe the lien**

**CYPRESS        TX   77429**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**        ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

### 2.18

**Creditor's name**
**BRICE, BILLY JR**

**Describe debtor's property that is
subject to a lien**

**$37,886.00**  **$381,047.06**

**4 real estate lien notes - Mortgage Fund One**

**Creditor's mailing address**
**17402 W. Lakerose Court**

**Describe the lien**
**Mortgage**

**Cypress          TX    77429**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
**brice321@gmail.com**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **12/20/2010**

**Last 4 digits of account
number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Creditors having an interest in this same property:**
**Jalean & Nana Stewart**
**Michael J. Finleon**
**Tausch Ventures, LLC**

### 2.19

**Creditor's name**
**BRICE, LINDA**

**Describe debtor's property that is
subject to a lien**

**$70,936.84**  **$0.00**

**Notes**

**Creditor's mailing address**
**13937 BARROW CLIFF LANE**

**Describe the lien**
**.**

**CYPRESS          TX    77429**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account
number**    ___ ___ __N_ _A_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.20**

| **Creditor's name**<br>**BRICE, VIRGINIA** | **Describe debtor's property that is subject to a lien** | **$58,883.18** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**17402 W. LAKEROSE CT.**

**Notes**

**Describe the lien**
_____

**CYPRESS          TX    77429**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.21**

| **Creditor's name**<br>**BRICE, VIRGINIA** | **Describe debtor's property that is subject to a lien** | **$72,901.76** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**17402 W. LAKEROSE CT.**

**Notes**

**Describe the lien**
_____

**CYPRESS          TX    77429**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.22**

| | | | |
| --- | --- | --- | --- |
| Creditor's name<br>**BROWN, JOHN** | Describe debtor's property that is<br>subject to a lien | **$200,000.00** | **$0.00** |

Creditor's mailing address
**12591 BLANCHARD ROAD**

**Notes**

Describe the lien
_____

**ATASCOSA          TX     78002**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account
number          ___  ___  **N**  **A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines  _____

---

**2.23**

| | | | |
| --- | --- | --- | --- |
| Creditor's name<br>**BROWN, NANCY** | Describe debtor's property that is<br>subject to a lien | **$15,142.56** | **$0.00** |

Creditor's mailing address
**6926 SCENIC SUNSET**

**Notes**

Describe the lien
_____

**SAN ANTONIO        TX     78249**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account
number          ___  ___  **N**  **A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines  _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.24**

Creditor's name
**CADENA, J. DON**

Creditor's mailing address
**3111 QUAKERTOWN**

_____

**SAN ANTONIO       TX    78230-3432**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                      ___  ___  **N    A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien
**.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,352.22**     **$0.00**

---

**2.25**

Creditor's name
**CADENA, J. DON**

Creditor's mailing address
**3111 QUAKERTOWN**

_____

**SAN ANTONIO       TX    78230-3432**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                      ___  ___  **N    A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien
**.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,135.08**     **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.**

---

**2.26**

**Creditor's name**
**CADENA, J. DON**

**Creditor's mailing address**
**3111 QUAKERTOWN**

**SAN ANTONIO        TX    78230-3432**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number** ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?
☐ No.  Specify each creditor, including this
creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,407.71        $0.00

---

**2.27**

**Creditor's name**
**CADENA, J. DON**

**Creditor's mailing address**
**3111 QUAKERTOWN**

**SAN ANTONIO        TX    78230-3432**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number** ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?
☐ No.  Specify each creditor, including this
creditor, and its relative priority.
☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$23,710.60        $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.28**

**Creditor's name**
**CALDWELL COUNTY TAX ASSESSOR -**

**Creditor's mailing address**
**110 South Main Street, Room 101**

_____

**Lockhart                    TX    78644**

**Creditor's email address, if known**

_____

**Date debt was incurred    2019 & 2020**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**1515 Blackjack, Lockhart, TX 78644**

**Describe the lien**
**Ad valorem taxes**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,945.18**          **$353,536.74**

---

**2.29**

**Creditor's name**
**CALVIN, MIKE**

**Creditor's mailing address**
**3007 SIR PHILLIP**

_____

**SAN ANTONIO        TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Notes**

**Describe the lien**
**.**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,972.74**          **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.30**

**Creditor's name**
CAMERON COUNTY TAX ASSESSOR - (

**Creditor's mailing address**
200 Industrial Way

La Feria                TX    78559

**Creditor's email address, if known**

**Date debt was incurred**    2020

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2.5 acres in Harlingen, Texas

**Describe the lien**
Ad valorem taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$878.44    $48,439.00

---

**2.31**

**Creditor's name**
CHISUM FAMILY TRUST

**Creditor's mailing address**
P.O. BOX 337

LEAKEY                TX    78873

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___  ___  N  A

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Notes

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$65,000.00    $0.00

---

| Debtor | **New Opportunities, Inc.** | | Case number (if known) **21-50018-RBK** |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.32**

**Creditor's name**
**CHISUM FAMILY TRUST**

**Describe debtor's property that is subject to a lien**

$204,610.53          $0.00

**Creditor's mailing address**
**P.O. BOX 337**

**Notes**

**Describe the lien**
.

_____

**LEAKEY          TX   78873**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number          ___  ___  _N_  _A_**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.33**

**Creditor's name**
**CHISUM FAMILY TRUST**

**Describe debtor's property that is subject to a lien**

$158,767.68          $0.00

**Creditor's mailing address**
**P.O. BOX 337**

**Notes**

**Describe the lien**
.

_____

**LEAKEY          TX   78873**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number          ___  ___  _N_  _A_**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

| | | |
|---|---|---|
| Debtor **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.34**

**Creditor's name**
**CHISUM FAMILY TRUST**

**Creditor's mailing address**
**P.O. BOX 337**

_____

**LEAKEY          TX   78873**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**                **$0.00**

---

**2.35**

**Creditor's name**
**CHISUM FAMILY TRUST**

**Creditor's mailing address**
**P.O. BOX 337**

_____

**LEAKEY          TX   78873**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$111,772.98**                **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.36**

**Creditor's name**
**CHISUM FAMILY TRUST**

**Describe debtor's property that is subject to a lien**

$85,424.94      $0.00

**Creditor's mailing address**
**P.O. BOX 337**

**Notes**

**Describe the lien**
_____
.

**LEAKEY**    **TX**   **78873**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.37**

**Creditor's name**
**CLEVELAND, CANDICE**

**Describe debtor's property that is subject to a lien**

$68,188.32      $0.00

**Creditor's mailing address**
**14426 BROOKHOLLOW BLVD.**

**Notes**

**Describe the lien**
_____
.

**SAN ANTONIO**    **TX**   **78232**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor  **New Opportunities, Inc.**                                Case number (if known) **21-50018-RBK**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.38**

**Creditor's name**
**CLEVELAND, CLAUDIA**

**Creditor's mailing address**
**21582 FM 1954**

_____

**HOLLIDAY          TX    76366-3960**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$90,000.00                    $0.00

---

**2.39**

**Creditor's name**
**CLEVELAND, CLAUDIA**

**Creditor's mailing address**
**21582 FM 1954**

_____

**HOLLIDAY          TX    76366-3960**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00                    $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.40** | **Creditor's name**
**CLEVELAND, ELIZABETH**

**Creditor's mailing address**
**3110 WRIGHT ST. #B**

_____

**AUSTIN**              TX      **78704-2834**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___   __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$208,241.27    $0.00

---

**2.41** | **Creditor's name**
**CLEVELAND, GEORGE**

**Creditor's mailing address**
**1508 ANDRIA**

_____

**WICHITA FALLS**      TX     **76302**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___   __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,000.00    $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.42**

**Creditor's name**
**CLEVELAND, GEORGE**

**Creditor's mailing address**
**1508 ANDRIA**

**WICHITA FALLS        TX      76302**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**          ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **$72,729.05** | **$0.00** |
|---|---|

---

**2.43**

**Creditor's name**
**CLEVELAND, MARTHA**

**Creditor's mailing address**
**63 WOLFETON WAY**

**SAN ANTONIO        TX      78218**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**          ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **$44,786.83** | **$0.00** |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.44**

Creditor's name
**CLEVELAND, TED**

Creditor's mailing address
**63 WOLFETON WAY**

_____

**SAN ANTONIO      TX    78218**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number               ___ ___ ___ **N   A**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____
.

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$25,890.34**      **$0.00**

---

**2.45**

Creditor's name
**CONWAY, KAREN**

Creditor's mailing address
**P.O. BOX 483**

_____

**HARPER              TX    78631**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number               ___ ___ ___ **N   A**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____
.

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$30,143.87**      **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.46**

| Creditor's name | Describe debtor's property that is subject to a lien | $21,155.32 | $0.00 |
| --- | --- | --- | --- |

**CONWAY, KAREN**

Creditor's mailing address
**P.O. BOX 483**

**Notes**

Describe the lien
_____    .

**HARPER          TX    78631**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.47**

| Creditor's name | Describe debtor's property that is subject to a lien | $99,402.61 | $0.00 |
| --- | --- | --- | --- |

**CRABTREE, DONNA**

Creditor's mailing address
**6306 STABLE BROOK**

**Notes**

Describe the lien
_____    .

**SAN ANTONIO      TX    78249-4600**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.48**

**Creditor's name**
**CRABTREE, DONNA**

**Creditor's mailing address**
**6306 STABLE BROOK DR.**

_____

**SAN ANTONIO        TX    78249-4600**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,889.15**        **$0.00**

**2.49**

**Creditor's name**
**CRITTELL, CARL AND MARY**

**Creditor's mailing address**
**314 CENTERWAY**

_____

**SAN ANTONIO        TX    78233**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,166.30**        **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.50**

Creditor's name
**CRITTELL, CARL AND MARY**

Creditor's mailing address
**314 CENTERWAY**

_____

**SAN ANTONIO       TX    78233**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___  ___  **N   A**

Do multiple creditors have an interest in
the same property?

☒ No

☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

Notes

Describe the lien

_____
:

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$52,000.00** | **$0.00**

**2.51**

Creditor's name
**CRITTELL, CARL AND MARY**

Creditor's mailing address
**314 CENTERWAY**

_____

**SAN ANTONIO       TX    78233**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ___  ___  **N   A**

Do multiple creditors have an interest in
the same property?

☒ No

☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines _____

Describe debtor's property that is
subject to a lien

Notes

Describe the lien

_____
:

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$75,693.91** | **$0.00**

Debtor  **New Opportunities, Inc.**                    Case number (if known) **21-50018-RBK**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.52 | Creditor's name<br>**CZARNECKI, JOSHUA** | Describe debtor's property that is subject to a lien | **$48,069.89** | **$0.00** |

Creditor's mailing address
**16406 PEMOAK**

**SAN ANTONIO      TX    78240**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.53 | Creditor's name<br>**CZARNECKI, JULIE** | Describe debtor's property that is subject to a lien | **$104,458.45** | **$0.00** |

Creditor's mailing address
**16406 PEMOAK DR.**

**SAN ANTONIO      TX    78240**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.54**

**Creditor's name**
**CZARNECKI, JULIE**

**Creditor's mailing address**
**16406 PEMOAK DR.**

_____

**SAN ANTONIO     TX    78240**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $77,777.53 | $0.00 |
|---|---|

---

**2.55**

**Creditor's name**
**CZARNECKI, JULIE**

**Creditor's mailing address**
**16406 PEMOAK**

_____

**SAN ANTONIO     TX    78240**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $125,000.00 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.56**

**Creditor's name**
**CZARNECKI, JULIE**

**Creditor's mailing address**
**16406 PEMOAK**

_____

**SAN ANTONIO     TX   78240**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$171,137.06**      **$0.00**

---

**2.57**

**Creditor's name**
**CZARNECKI, KAYLEE**

**Creditor's mailing address**
**16406 PEMOAK**

_____

**SAN ANTONIO     TX   78240**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,863.93**      **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.58**

Creditor's name
**CZARNECKI, MEAGAN**

Creditor's mailing address
**16406 PEMOAK**

_____

**SAN ANTONIO        TX    78240**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number        ___  ___  **N  A**

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____._____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$62,458.35**  |  **$0.00**

**2.59**

Creditor's name
**DAWSON KENDALL TRUST**

Creditor's mailing address
**129 TURNBERRY WAY**

_____

**SAN ANTONIO        TX    78230**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number        ___  ___  **N  A**

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____._____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,395.11**  |  **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.60**

| Creditor's name | Describe debtor's property that is subject to a lien | **$50,000.00** | **$0.00** |
|---|---|---|---|
| **DAWSON, EUGENE** | | | |

Creditor's mailing address
**29 TILBURY LANE**

Notes

Describe the lien
_____
.
_____

**SAN ANTONIO        TX    78230**

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred  _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

**2.61**

| Creditor's name | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|
| **DAWSON, EUGENE** | | | |

Creditor's mailing address
**29 TILBURY LANE**

Notes

Describe the lien
_____
.
_____

**SAN ANTONIO        TX    78230**

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred  _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number    ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

---

**2.62**

| Creditor's name | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|
| **DAWSON, EUGENE** | | | |

Creditor's mailing address
**29 TILBURY LANE**

**Notes**

Describe the lien

_____

_____   **.**

**SAN ANTONIO      TX    78230**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number            ___ ___   **N  A**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
      relative priority?

☐ No. Specify each creditor, including this
      creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
      specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.63**

| Creditor's name | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|
| **DAWSON, EUGENE** | | | |

Creditor's mailing address
**29 TILBURY LANE**

**Notes**

Describe the lien

_____

_____   **.**

**SAN ANTONIO      TX    78230**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number            ___ ___   **N  A**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
      relative priority?

☐ No. Specify each creditor, including this
      creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
      specified on lines _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.64**

| **Creditor's name**<br>**DAWSON, EUGENE** | **Describe debtor's property that is subject to a lien** | **$100,000.00** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**29 TILBURY LANE**

**Notes**

**Describe the lien**

_____

_____   .

**SAN ANTONIO      TX    78230**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**   ___  ___  _N_  _A_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

**2.65**

| **Creditor's name**<br>**DAWSON, MARY D.** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**29 TILBURY LANE**

**Notes**

**Describe the lien**

_____

_____   .

**SAN ANTONIO      TX    78230**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**   ___  ___  _N_  _A_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.66**

**Creditor's name**
**DAWSON, MARY D.**

**Creditor's mailing address**
**29 TILBURY LANE**

**SAN ANTONIO    TX    78230**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$200,000.00**   Column B: **$0.00**

---

**2.67**

**Creditor's name**
**DAWSON, SAM**

**Creditor's mailing address**
**129 TURNBERRY WAY**

**SAN ANTONIO    TX    78230**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$246,670.79**   Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.68**

| **Creditor's name**<br>**DAWSON, SAM** | **Describe debtor's property that is subject to a lien** | **$181,659.85** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**129 TURNBERRY WAY**

**Notes**

**Describe the lien**
.

**SAN ANTONIO       TX    78230**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.69**

| **Creditor's name**<br>**DAWSON, SAM** | **Describe debtor's property that is subject to a lien** | **$563,160.81** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**129 TURNBERRY WAY**

**Notes**

**Describe the lien**
.

**SAN ANTONIO       TX    78230**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.70**

**Creditor's name**
DAWSON, SAM

**Creditor's mailing address**
129 TURNBERRY WAY

_____

SAN ANTONIO      TX    78230

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          ___  ___   N   A

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$326,015.71**  **$0.00**

---

**2.71**

**Creditor's name**
DAWSON, SAM

**Creditor's mailing address**
129 TURNBERRY WAY

_____

SAN ANTONIO      TX    78230

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**          ___  ___   N   A

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$615,618.43**  **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.72**

| Creditor's name | Describe debtor's property that is subject to a lien | $105,869.53 | $0.00 |
|---|---|---|---|
| **DODERER TRUST - MARITAL** | | | |

Creditor's mailing address
**8214 ROBIN REST**

**Notes**

Describe the lien

_____    .

**SAN ANTONIO       TX    78209**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        ___ ___   **N   A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

**2.73**

| Creditor's name | Describe debtor's property that is subject to a lien | $123,065.72 | $0.00 |
|---|---|---|---|
| **DODERER TRUST - REVOCABLE** | | | |

Creditor's mailing address
**8214 ROBIN REST**

**Notes**

Describe the lien

_____    .

**SAN ANTONIO       TX    78209**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        ___ ___   **N   A**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines  _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.74**

**Creditor's name**
**DODERER TRUST - REVOCABLE**

**Creditor's mailing address**
**8214 ROBIN REST**

_____

**SAN ANTONIO        TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $29,928.39 | $0.00 |
|---|---|

---

**2.75**

**Creditor's name**
**DODERER, SYLVIA**

**Creditor's mailing address**
**8214 ROBIN REST**

_____

**SAN ANTONIO        TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $167,460.08 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.76**

**Creditor's name**
**DUGGER, NANCY**

**Describe debtor's property that is subject to a lien**

$26,653.91          $0.00

**Creditor's mailing address**
**126 HILER**

**Notes**

**Describe the lien**
.

**SAN ANTONIO          TX    78209**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number          ___  ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.77**

**Creditor's name**
**DUGGER, NANCY**

**Describe debtor's property that is subject to a lien**

$41,999.95          $0.00

**Creditor's mailing address**
**126 HILER**

**Notes**

**Describe the lien**
.

**SAN ANTONIO          TX    78209**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number          ___  ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.78**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,068.39**          **$0.00**

---

**2.79**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,619.81**          **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.80**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

**SAN ANTONIO**    **TX**   **78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**    ___ ___ ___ **N A**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
      relative priority?

     ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
         specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $53,188.41 | $0.00 |
|---|---|

---

**2.81**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

**SAN ANTONIO**    **TX**   **78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**    ___ ___ ___ **N A**

**Do multiple creditors have an interest in**
**the same property?**

☑ No

☐ Yes.  Have you already specified the
      relative priority?

     ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
         specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $30,520.54 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.82**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          __ __ __  N  A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
·

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
| --- | --- |
| $26,577.98 | $0.00 |

**2.83**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          __ __ __  N  A**

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
·

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
| --- | --- |
| $52,668.14 | $0.00 |

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* <br> Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.84**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,757.77 — $0.00

**2.85**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

_____

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,441.78 — $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

---

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.86**

**Creditor's name**
DUGGER, NANCY

**Creditor's mailing address**
126 HILER

SAN ANTONIO     TX    78209

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,142.97** | **$0.00**

---

**2.87**

**Creditor's name**
DUGGER, NANCY

**Creditor's mailing address**
126 HILER

SAN ANTONIO     TX    78209

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ _N_ _A_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,964.63** | **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.88**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **$54,733.47** | **$0.00** |
|---|---|

---

**2.89**

**Creditor's name**
**DUGGER, NANCY**

**Creditor's mailing address**
**126 HILER**

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **$31,704.06** | **$0.00** |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

---

**2.90**

**Creditor's name**
**EDWARDS, ODESSA**

**Describe debtor's property that is subject to a lien**

**$116,646.03**    **$0.00**

**Creditor's mailing address**
**1016 E. GRUBB**

**Notes**

**Describe the lien**
_____

**MESQUITE        TX    75149**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.91**

**Creditor's name**
**FARVER, JEFF**

**Describe debtor's property that is subject to a lien**

**$104,776.36**    **$0.00**

**Creditor's mailing address**
**3319 FALLING BROOK**

**Notes**

**Describe the lien**
_____

**SAN ANTONIO      TX    78258**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

---

**2.92**

**Creditor's name**
**FARVER, JEFF**

**Creditor's mailing address**
**3319 FALLING BROOK**

_____

**SAN ANTONIO        TX    78258**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$111,594.20**     Column B: **$0.00**

---

**2.93**

**Creditor's name**
**FARVER, JEFF**

**Creditor's mailing address**
**3319 FALLING BROOK**

_____

**SAN ANTONIO        TX    78258**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$102,968.88**     Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|

**2.94**

**Creditor's name**
**FARVER, JEFF**

**Creditor's mailing address**
**3319 FALLING BROOK**

**SAN ANTONIO        TX    78258**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$104,336.83**   Value of collateral: **$0.00**

---

**2.95**

**Creditor's name**
**FINLEON, MICHAEL J.**

**Creditor's mailing address**
**2127 Shady Cliff**

**San Antonio        TX    78232**

**Creditor's email address, if known**
**mikefinleon@gmail.com**

**Date debt was incurred**    **04/28/2011**

**Last 4 digits of account number**          ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**4 real estate lien notes - Mortgage Fund One**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$19,107.17**   Value of collateral: **$381,047.06**

**Creditors having an interest in this same property:**
**Billy T. Brice, Jr.**
**Julian & Nana Stewart**
**Tausch Ventures, LLC**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.96**

| Creditor's name | Describe debtor's property that is subject to a lien | $52,464.39 | $0.00 |
|---|---|---|---|
| **FINLEON, MIKE** | | | |

Creditor's mailing address
**2127 SHADY CLIFF**

Notes

Describe the lien
.

**SAN ANTONIO     TX    78232**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.97**

| Creditor's name | Describe debtor's property that is subject to a lien | $276,085.03 | $0.00 |
|---|---|---|---|
| **FINLEON, MIKE** | | | |

Creditor's mailing address
**2127 SHADY CLIFF**

Notes

Describe the lien
.

**SAN ANTONIO     TX    78232**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.98**

| Creditor's name<br>**FISHER, JOANN** | Describe debtor's property that is subject to a lien | **$40,000.00** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**P.O. BOX 275**

**Notes**

Describe the lien

_____

**LEAKEY          TX    78873**

Creditor's email address, if known

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number  ___  ___  **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.99**

| Creditor's name<br>**FISHER, JOANN** | Describe debtor's property that is subject to a lien | **$17,573.76** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**P.O. BOX 275**

**Notes**

Describe the lien

_____

**LEAKEY          TX    78873**

Creditor's email address, if known

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number  ___  ___  **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

### Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.100**

**Creditor's name**
**FISHER, JOANN**

**Creditor's mailing address**
**P.O. BOX 275**

_____

**LEAKEY          TX    78873**

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account
number**                  ___  ___  **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**

**__.__**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $45,907.84 | $0.00 |
|---|---|

**2.101**

**Creditor's name**
**FISHER, JOANN**

**Creditor's mailing address**
**P.O. BOX 275**

_____

**LEAKEY          TX    78873**

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account
number**                  ___  ___  **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
      specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**

**__.__**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $10,000.00 | $0.00 |
|---|---|

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.102**

**Creditor's name**
**FRAZEE. GRETCHEN**

**Creditor's mailing address**
**1724 COLUMBIA PIKE**

_____

**ARLINGTON         VA    22204**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**     ___ ___  **N  A**

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$21,978.74     $0.00

**2.103**

**Creditor's name**
**FRIDDLE, CASS**

**Creditor's mailing address**
**P.O. BOX 461031**

_____

**SAN ANTONIO       TX    78246**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**     ___ ___  **N  A**

**Do multiple creditors have an interest in
the same property?**

☒ No

☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$13,444.66     $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.104**

Creditor's name
**FRIDDLE, CHRISTIAN D.**

Describe debtor's property that is subject to a lien

$6,724.94     $0.00

Creditor's mailing address
**P.O. BOX 461031**

Notes

Describe the lien
.

**SAN ANTONIO     TX   78246**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___  ___  **N**  **A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.105**

Creditor's name
**FRIDDLE, PAUL**

Describe debtor's property that is subject to a lien

$73,527.70     $0.00

Creditor's mailing address
**P.O. BOX 293718**

Notes

Describe the lien
.

**KERRVILLE        TX   78029**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number     ___  ___  **N**  **A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.106**

**Creditor's name**
**FRIDDLE, PAUL**

**Creditor's mailing address**
**P.O. BOX 293718**

**KERRVILLE        TX    78029**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$264,000.00 | $0.00

**2.107**

**Creditor's name**
**GARCIA, KATE**

**Creditor's mailing address**
**14018 PEBBLEBROOK**

**HOUSTON        TX    77079**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     ___ ___ **N   A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$13,768.42 | $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.108**

| Creditor's name | Describe debtor's property that is subject to a lien | $44,698.11 | $0.00 |
|---|---|---|---|
| **GILLESPIE, VICKIE** | | | |

Creditor's mailing address
**3601 NORTH HILLS BLVD.**

**NORTH LITTLE ROCK AR   72116**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ **N A**

**Notes**

Describe the lien
.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.109**

| Creditor's name | Describe debtor's property that is subject to a lien | $72,670.30 | $0.00 |
|---|---|---|---|
| **GRAHAM, SANDRA** | | | |

Creditor's mailing address
**3043 LOW OAK**

**SAN ANTONIO      TX   78232**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ **N A**

**Notes**

Describe the lien
.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.110**

**Creditor's name**
**GRAHAM, SANDRA**

**Creditor's mailing address**
**3043 LOW OAK**

_____

**SAN ANTONIO        TX    78232**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____
.
_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,165.03**    Value of collateral: **$0.00**

---

**2.111**

**Creditor's name**
**GRAHAM, SANDRA**

**Creditor's mailing address**
**3043 LOW OAK**

_____

**SAN ANTONIO        TX    78232**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____
.
_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$22,800.09**    Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:  Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.112** 
**Creditor's name**
**GRAY, HANK AND BILLIE**

**Creditor's mailing address**
**13922 PORT BLUFF**

_____

**SAN ANTONIO      TX    78216**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ __ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**
**Describe the lien**
_____ .

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120,000.00** | **$0.00**

**2.113** 
**Creditor's name**
**GRIGORY, STEPHEN**

**Creditor's mailing address**
**9107 POWHATAN**

_____

**SAN ANTONIO      TX    78230**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ __ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**
**Describe the lien**
_____ .

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$145,182.31** | **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.114**

**Creditor's name**
GRIGORY, STEPHEN

**Creditor's mailing address**
9107 POWHATAN

SAN ANTONIO     TX   78230

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**         __ __ __  N A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00        $0.00

**2.115**

**Creditor's name**
GRIGORY, STEPHEN

**Creditor's mailing address**
9107 POWHATAN

SAN ANTONIO     TX   78230

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**         __ __ __  N A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$95,000.00        $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.118**

| Creditor's name | Describe debtor's property that is subject to a lien | $29,812.78 | $0.00 |
|---|---|---|---|
| **GRIGORY, STEPHEN** | | | |

Creditor's mailing address
**9107 POWHATAN**

Notes

Describe the lien
.

**SAN ANTONIO      TX    78230**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number         **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.119**

| Creditor's name | Describe debtor's property that is subject to a lien | $2,357.91 | $300,000.00 |
|---|---|---|---|
| **GUADALUPE TAX ASSESSOR - COLLEC** | **104 W. Court St., Seguin, TX 78155** | | |

Creditor's mailing address
**307 W. Court Street**

Describe the lien
**Ad valorem taxes**

**Seguin          TX    78155**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred    **2020**

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

**Part 1:** | **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.118** | Creditor's name
**GUADALUPE TAX ASSESSOR - COLLEC**

Creditor's mailing address
**307 W. Court St.**

_____

**Seguin                TX    78155**

Creditor's email address, if known

_____

Date debt was incurred     **2020**

Last 4 digits of account
number                        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**102 N. Austin St., Seguin, TX 78155**

**Describe the lien**

**Ad valorem taxes**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $2,818.81  **Value of collateral:** $335,000.00

---

**2.119** | Creditor's name
**GUADALUPE TAX ASSESSOR - COLLEC**

Creditor's mailing address
**307 W. Court St.**

_____

**Seguin                TX    78155**

Creditor's email address, if known

_____

Date debt was incurred     **2020**

Last 4 digits of account
number                        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**100 N. Austin St., Seguin, TX 78155**

**Describe the lien**

**Ad valorem taxes**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $2,397.17  **Value of collateral:** $365,000.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.12** Creditor's name
**GUENTHER, PAULA**

Creditor's mailing address
**P.O. BOX 96**

**UKIAH          OR   97880**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number          ___  ___  **N  A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,000.00**      **$0.00**

---

**2.12** Creditor's name
**GUENTHER, PAULA**

Creditor's mailing address
**P.O. BOX 96**

**UKIAH          OR   97880**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number          ___  ___  **N  A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**      **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.122** **Creditor's name**
**GUENTHER, PETER**

**Describe debtor's property that is subject to a lien**

$50,733.66    $0.00

**Creditor's mailing address**
**2308 10th STREET**

**Notes**

**Describe the lien**
.

_____

**MONROE        WI    53566**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number        __ __ __ N A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.123** **Creditor's name**
**GUENTHER, PETER**

**Describe debtor's property that is subject to a lien**

$24,489.30    $0.00

**Creditor's mailing address**
**2308 10TH STREET**

**Notes**

**Describe the lien**
.

_____

**MONROE        WI    53566**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number        __ __ __ N A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.124** Creditor's name
**GUENTHER, PETER**

**$30,917.15** | **$0.00**

Describe debtor's property that is subject to a lien

Creditor's mailing address
**2308 10TH STREET**

**Notes**

Describe the lien

_____
.
**MONROE          WI   53566**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number          ___ ___   **N A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.125** Creditor's name
**GUENTHER, PETER**

**$166,879.68** | **$0.00**

Describe debtor's property that is subject to a lien

Creditor's mailing address
**2308 10th STREET**

**Notes**

Describe the lien

_____
.
**MONROE          WI   53566**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number          ___ ___   **N A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.125** **Creditor's name**
**GUENTHER, PETER**

**Describe debtor's property that is subject to a lien**

$48,083.72          $0.00

**Creditor's mailing address**
**2308 10th STREET**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

**MONROE          WI    53566**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**          ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**2.126** **Creditor's name**
**GUENTHER, PETER**

**Describe debtor's property that is subject to a lien**

$32,019.31          $0.00

**Creditor's mailing address**
**2308 10th STREET**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

**MONROE          WI    53566**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**          ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

| **Part 1:** | **Additional Page** | | |
|-------------|---------------------|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

**2.128**

**Creditor's name**
**GUENTHER, PETER**

**Creditor's mailing address**
**2308 10th STREET**

_____

**MONROE          WI    53566**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$172,002.81      $0.00

**2.129**

**Creditor's name**
**GUENTHER, PETER**

**Creditor's mailing address**
**2308 10TH STREET**

_____

**MONROE          TX    53566**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$26,139.03      $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.130**
**Creditor's name**
**HALE, GRAHAM**

**Creditor's mailing address**
**3008 WORTH LANE**

**BELTON          TX    76513-8178**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $20,166.93  **Value of collateral:** $0.00

---

**2.131**
**Creditor's name**
**HALE, JAMES**

**Creditor's mailing address**
**229 FLEETWOOD**

**SAN ANTONO      TX    78232**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $6,968.92  **Value of collateral:** $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.132** **Creditor's name**
**HALE, JUSTIN**

**Creditor's mailing address**
**202 BLUFFKNOLL**

_____

**SAN ANTONIO      TX    78216**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $3,735.65 | $0.00 |
|---|---|

---

**2.133** **Creditor's name**
**HALE, MATTHEW**

**Creditor's mailing address**
**10214 BRIAR ROSE DR.**

_____

**HOUSTON          TX    77042**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,973.66 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.134** **Creditor's name**
**HALE, MATTHEW**

**Describe debtor's property that is subject to a lien**

$4,894.16 — $0.00

**Creditor's mailing address**
**10214 BRIAR ROSE DR.**

**Notes**

**Describe the lien**
.

**HOUSTON          TX    77042**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**      ___ ___ **N   A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.135** **Creditor's name**
**HALE, SANDRA**

**Describe debtor's property that is subject to a lien**

$6,968.92 — $0.00

**Creditor's mailing address**
**229 FLEETWOOD**

**Notes**

**Describe the lien**
.

**SAN ANTONIO      TX    78232**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**      ___ ___ **N   A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.136

| | | |
|---|---|---|
| **Creditor's name**<br>**HARRIS, DANIEL** | **Describe debtor's property that is subject to a lien** | **$41,624.65** |
| **Creditor's mailing address**<br>**2111 SMOKE TREE TRAIL** | **Notes** | **$0.00** |
| | **Describe the lien**<br>. | |
| **ROUND ROCK     TX   78681** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| **Creditor's email address, if known** | | |
| | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** | | |
| **Last 4 digits of account number     ___ ___ N A** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority? | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | |

### 2.137

| | | |
|---|---|---|
| **Creditor's name**<br>**HARRIS, DANIEL** | **Describe debtor's property that is subject to a lien** | **$21,275.73** |
| **Creditor's mailing address**<br>**2111 SMOKE TREE TRAIL** | **Notes** | **$0.00** |
| | **Describe the lien**<br>. | |
| **ROUND ROCK     TX   78681** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| **Creditor's email address, if known** | | |
| | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** | | |
| **Last 4 digits of account number     ___ ___ N A** | **As of the petition filing date, the claim is:**<br>Check all that apply. | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority? | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | | |
| ☐ Yes. The relative priority of creditors is specified on lines _____ | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

**2.138**

**Creditor's name**
**HARRIS, DELLA**

**Creditor's mailing address**
**10314 KINGS GRANT DR.**

**SAN ANTONIO        TX    78230-4117**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$239,769.81**  Value of collateral: **$0.00**

**2.139**

**Creditor's name**
**HARRIS, DELLA**

**Creditor's mailing address**
**10314 KINGS GRANT DR.**

**SAN ANTONIO        TX    78230**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          __N__ __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$492,681.90**  Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

**Part 1:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.140**
Creditor's name
**HARRIS, DELLA**

Describe debtor's property that is subject to a lien

| $225,104.00 | $0.00 |

Creditor's mailing address
**10314 KINGS GRANT DR.**

Notes

Describe the lien
_____ **.**

**SAN ANTONIO     TX    78230**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred  _____

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

---

**2.141**
Creditor's name
**HENGST, EVELYN**

Describe debtor's property that is subject to a lien

| $149,187.14 | $0.00 |

Creditor's mailing address
**5120 OLD AUGER ROAD**

Notes

Describe the lien
_____ **.**

**CRISFIELD          MD   21817**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred  _____

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines  _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.142**

| **Creditor's name**<br>**HENGST, MAX** | **Describe debtor's property that is subject to a lien** | $157,513.27 | $0.00 |

**Creditor's mailing address**
**5120 OLD AUGER ROAD**

**Notes**

**Describe the lien**
_____

**CRISFIELD       MD   21817**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number        ___ ___ N A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.143**

| **Creditor's name**<br>**HENGST, MAX** | **Describe debtor's property that is subject to a lien** | $117,051.05 | $0.00 |

**Creditor's mailing address**
**5120 OLD AUGER ROAD**

**Notes**

**Describe the lien**
_____

**CRISFIELD       MD   21817**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number        ___ ___ N A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.144**

| **Creditor's name**<br>**HENGST, MAX** | **Describe debtor's property that is subject to a lien** | **$99,393.53** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**5120 OLD AUGER ROAD**

**Notes**

**Describe the lien**
.

**CRISFIELD          MD   21817**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**          **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.145**

| **Creditor's name**<br>**HUGHES TRUST** | **Describe debtor's property that is subject to a lien** | **$20,000.00** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**3 HILLVIEW TERRACE**

**Notes**

**Describe the lien**
.

**MEDWAY          MA   02053**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**          **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.148**

| Creditor's name<br>**HUGHES TRUST** | Describe debtor's property that is<br>subject to a lien | $10,000.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**3 HILLVIEW TERRACE**

**Notes**

Describe the lien

_____

**MEDWAY          MA   02053**          :

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ __ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

**2.147**

| Creditor's name<br>**HUGHES TRUST** | Describe debtor's property that is<br>subject to a lien | $10,000.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
**3 HILLVIEW TERRACE**

**Notes**

Describe the lien

_____

**MEDWAY          MA   02053**          :

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred  _____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ __ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.148**

**Creditor's name**
**HUMMEL REVOCABLE LIVING TRUST**

**Creditor's mailing address**
**7609 N.E. 61st CIRCLE**

_____

_____

**VANCOUVER          WA   98662-4904**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,817.50**      **$0.00**

---

**2.149**

**Creditor's name**
**HUMMEL REVOCABLE LIVING TRUST**

**Creditor's mailing address**
**7609 N.E. 61st CIRCLE**

_____

_____

**VANCOUVER          WA   98662-4904**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$38,054.92**      **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.150**

**Creditor's name**
**HUMMEL REVOCABLE LIVING TRUST**

**Creditor's mailing address**
**7609 N.E. 61st CIRCLE**

_____

**VANCOUVER          WA   98662-4904**

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____  .

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$46,614.69            $0.00

---

**2.151**

**Creditor's name**
**HUMMEL REVOCABLE LIVING TRUST**

**Creditor's mailing address**
**7609 N.E. 61st CIRCLE**

_____

**VANCOUVER          WA   98662-4904**

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____  .

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$37,043.67            $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.152** 

**Creditor's name**
**HUMMEL REVOCABLE LIVING TRUST**

**Creditor's mailing address**
**7609 N.E. 61st CIRCLE**

_____

**VANCOUVER          WA   98662-4904**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account
number**        ___  ___  _N_  _A_

**Do multiple creditors have an interest in
the same property?**

☒ No
☐ Yes.  Have you already specified the
         relative priority?

  ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
         specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,635.58**          **$0.00**

**2.153**

**Creditor's name**
**HUMMEL, SUANNE**

**Creditor's mailing address**
**6505A MELROSE TRAIL**

_____

**AUSTIN              TX   78727**

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account
number**        ___  ___  _N_  _A_

**Do multiple creditors have an interest in
the same property?**

☒ No
☐ Yes.  Have you already specified the
         relative priority?

  ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
         specified on lines  _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,454.89**          **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.154**

| Creditor's name<br>**HUMMEL, SUANNE** | Describe debtor's property that is subject to a lien | **$5,160.29** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**6505A MELROSE TRAIL**

**Notes**

Describe the lien

_____

**AUSTIN            TX    78727**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          __ __ __ __  **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.155**

| Creditor's name<br>**HUMMEL, SUANNE** | Describe debtor's property that is subject to a lien | **$6,100.71** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**6505A MELROSE TRAIL**

**Notes**

Describe the lien

_____ :

**AUSTIN            TX    78727**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          __ __ __ __  **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.158**

| | |
|---|---|
| **Creditor's name**<br>**HUMMEL, SUANNE** | **Describe debtor's property that is subject to a lien** |

**$5,137.14**          **$0.00**

**Creditor's mailing address**
**6505A MELROSE TRAIL**

**Notes**

**Describe the lien**
                                    **.**

**AUSTIN          TX    78727**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.159**

| | |
|---|---|
| **Creditor's name**<br>**Hummel, SUANNE** | **Describe debtor's property that is subject to a lien** |

**$8,308.27**          **$0.00**

**Creditor's mailing address**
**6505A MELROSE TRAIL**

**Notes**

**Describe the lien**
                                    **.**

**AUSTIN          TX    78727**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.158**

| **Creditor's name**<br>**IZQUIERDO, ROBERTO** | **Describe debtor's property that is subject to a lien** | **$322,522.36** | **$0.00** |
| --- | --- | --- | --- |

**Creditor's mailing address**
**TIACOPAC**

**SAN ANGEL, MX DF 01040**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.159**

| **Creditor's name**<br>**JBS 401K PSP** | **Describe debtor's property that is subject to a lien** | **$62,036.16** | **$0.00** |
| --- | --- | --- | --- |

**Creditor's mailing address**
**317 SIDNEY BAKER SOUTH, STE. 400-2**

_____

**KERRVILLE        TX    78028**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.160** Creditor's name
**JOHNSON, CASSIA**

Describe debtor's property that is subject to a lien

$39,568.00 | $0.00

Creditor's mailing address
**P.O. BOX 746**

Notes

Describe the lien
_____ :

**CONVERSE          TX    78109**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number         ___ ___   **N A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.161** Creditor's name
**JOHNSON, GARRETT**

Describe debtor's property that is subject to a lien

$39,568.00 | $0.00

Creditor's mailing address
**P.O. BOX 746**

Notes

Describe the lien
_____ :

**CONVERSE          TX    78109**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number         ___ ___   **N A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.162**

**Creditor's name**
**KACHMER, MIKE**

**Creditor's mailing address**
**1475 HILLCREST FOREST**

_____

**CANYON LAKE      TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**          ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,000.00                 $0.00

**2.163**

**Creditor's name**
**KACHMER, MIKE**

**Creditor's mailing address**
**1475 HILLCREST FOREST**

_____

**CANYON LAKE      TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account number**          ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$73,000.00                 $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.164**

**Creditor's name**
**KACHMER, MIKE**

**Creditor's mailing address**
**1475 HILLCREST FOREST**

_____

**CANYON LAKE      TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,000.00**      **$0.00**

**2.165**

**Creditor's name**
**KACHMER, MIKE**

**Creditor's mailing address**
**1475 HILLCREST FOREST**

_____

**CANYON LAKE      TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,000.00**      **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.168**

| **Creditor's name** **KACHMER, MIKE** | **Describe debtor's property that is subject to a lien** | $30,000.00 | $0.00 |

**Creditor's mailing address**
**1475 HILLCREST FOREST**

**Notes**

**Describe the lien**
.

**CANYON LAKE      TX    78133**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**      ___ ___ _N_ _A_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.169**

| **Creditor's name** **KEIR, RANDY AND DIANE** | **Describe debtor's property that is subject to a lien** | $112,673.93 | $0.00 |

**Creditor's mailing address**
**12 THUNDER HOLLOW**

**Notes**

**Describe the lien**
.

**SPRING        TX    77381**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**      ___ ___ _N_ _A_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.168**

| **Creditor's name**<br>**KLONEK, FRANKIE** | **Describe debtor's property that is subject to a lien** | **$45,000.00** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**5813 ARCHWOOD**

**Notes**

**Describe the lien**
.

**SAN ANTONIO      TX    78239**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number          N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.169**

| **Creditor's name**<br>**KOOIMAN, RODNEY** | **Describe debtor's property that is subject to a lien** | **$44,438.22** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**21011 BRADBURY LANE**

**Notes**

**Describe the lien**
.

**MABELVALE          AR    72103**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number          N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.176** 

**Creditor's name**
**KOOIMAN, WILLIAM**

**Creditor's mailing address**
**2921 N.W. 82nd WAY**

**PEMBROKE PINES   FL    33024**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**         __ __ __ __ **N A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,007.97        $0.00

---

**2.177**

**Creditor's name**
**LAMB, ROBERT**

**Creditor's mailing address**
**27380 WEST ROAD**

**SPENCER            OH    44275**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**         __ __ __ __ **N A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,246.42        $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.172**

**Creditor's name**
**LEGLER, BARBARA**

**Creditor's mailing address**
**218 BUCKEYE**

_____

**KATY          TX    77450**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$81,518.96**  Column B: **$0.00**

**2.173**

**Creditor's name**
**LEINWEBER, LANNY**

**Creditor's mailing address**
**1212 LEINWEBER BLVD.**

_____

**MOUNTAIN HOME   TX   78058**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$235,768.83**  Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.174**

**Creditor's name**
**LEINWEBER, LANNY**

**Creditor's mailing address**
**1212 LEINWEBER BLVD.**

_____

**MOUNTAIN HOME    TX    78058**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$229,484.27     $0.00

---

**2.175**

**Creditor's name**
**LEINWEBER, LANNY**

**Creditor's mailing address**
**1212 LEINWEBER BLVD.**

_____

**MOUNTAIN HOME    TX    78058**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ __N__ __A__

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00     $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.176** **Creditor's name**
**LEINWEBER, MARILYN**

**Creditor's mailing address**
**1212 LEINWEBER LANE**

**MOUNTAIN HOME     TX    78058**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**
**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$36,076.49 | $0.00

**2.177** **Creditor's name**
**LIDIAK, LAJOTA**

**Creditor's mailing address**
**4119 TIMBER TRAIL DR.**

**ARLINGTON          TX    76016**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**
**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,637.73 | $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.178** 

**Creditor's name**
LILLY REVOCABLE TRUST

**Creditor's mailing address**
11125 FM 1560

HELOTES          TX    78023

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ ___  __N__ __A__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$901,903.08**   Column B: **$0.00**

---

**2.179**

**Creditor's name**
LILLY, JEFF

**Creditor's mailing address**
11125 FM 1560

HELOTES          TX    78023

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ ___  __N__ __A__

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,132,720.70**   Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.180** **Creditor's name**
**LILLY, TERESA**

**Describe debtor's property that is subject to a lien**

$389,727.68                    $0.00

**Creditor's mailing address**
**11125 FM 1560**

**Notes**

**Describe the lien**
.

**HELOTES** **TX** **78023**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.181** **Creditor's name**
**LITTLE TRUST**

**Describe debtor's property that is subject to a lien**

$152,485.36                    $0.00

**Creditor's mailing address**
**4703 HWY 2563**

**Notes**

**Describe the lien**
.

**GORMAN** **TX** **76454**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.182**

**Creditor's name**
**LITTLE, DOUGLAS**

**Creditor's mailing address**
**4703 HIGHWAY 2563**

**GORMAN          TX    76454-2637**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$128,198.38          $0.00

---

**2.183**

**Creditor's name**
**LITTLE, DOUGLAS**

**Creditor's mailing address**
**4703 HIGHWAY 2563**

**GORMAN          TX    76454-2637**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$113,666.02          $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.184**

**Creditor's name**
**LITTLE, DOUGLAS**

**Creditor's mailing address**
**4703 HIGHWAY 2563**

_____

**GORMAN        TX    78454-2637**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**    ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**$87,808.82**  **$0.00**

**2.185**

**Creditor's name**
**LITTLE, DOUGLAS**

**Creditor's mailing address**
**4703 HIGHWAY 2563**

_____

**GORMAN        TX    76454-2637**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**    ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$143,728.04**  **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | | Column A | Column B |
| --- | --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.186** Creditor's name
**MAHAN, ARLENE**

Creditor's mailing address
**7310 ROBIN REST**

_____

**SAN ANTONIO        TX    78209**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**        $144,000.00        $0.00

**Notes**

**Describe the lien**

_____

.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.187** Creditor's name
**MAHAN, ARLENE**

Creditor's mailing address
**7310 ROBIN REST**

_____

**SAN ANTONIO        TX    78209**

Creditor's email address, if known

_____

Date debt was incurred        _____

Last 4 digits of account
number        ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**        $148,000.00        $0.00

**Notes**

**Describe the lien**

_____

.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

| **Part 1:** | **Additional Page** | | |
|-------------|---------------------|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

---

**2.188**

**Creditor's name**
**MAHAN, ARLENE**

**Creditor's mailing address**
**7310 ROBIN REST**

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $140,000.00 | $0.00 |
|---|---|

---

**2.189**

**Creditor's name**
**MAHAN, ARLENE**

**Creditor's mailing address**
**7310 ROBIN REST**

_____

**SAN ANTONIO      TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $168,000.00 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.190** **Creditor's name**
**MAHAN, ART**

**Describe debtor's property that is subject to a lien**

$29,148.71     $0.00

**Creditor's mailing address**
**752 EASTVIEW DRIVE**

**Notes**

**Describe the lien**
.

**CANYON LAKE     TX   78133**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.191** **Creditor's name**
**MAHAN, JAMES JR**

**Describe debtor's property that is subject to a lien**

$132,463.20     $0.00

**Creditor's mailing address**
**445 COPPER RIDGE DRIVE**

**Notes**

**Describe the lien**
.

**NEW BRAUNFELS   TX   78132**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.192** **Creditor's name**
**MAHAN, PETERSEN**

**Creditor's mailing address**
**546 HAZY HILLS LOOP**

_____

**DRIPPING SPRINGS TX  78620**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N** **A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $21,177.47 | $0.00 |
|---|---|---|

**2.193** **Creditor's name**
**MANSELL, CHARISSE**

**Creditor's mailing address**
**10054 WHEAT RIDGE DR.**

_____

**FRISCO             TX  75033**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N** **A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,626.23 | $0.00 |
|---|---|---|

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |

---

**2.194** **Creditor's name**
**MANSELL, CYLE**

**Creditor's mailing address**
**909 BIG EASY STREET**

**ODESSA          TX    79765**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          N A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$12,292.63**    Column B: **$0.00**

---

**2.195** **Creditor's name**
**MANSELL, MEGAN**

**Creditor's mailing address**
**1100 ABBOTS LANE**

**DENTON          TX    76205**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          N A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$21,713.19**    Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.198** 

**Creditor's name**
MANSHIP, JEFFREY

**Creditor's mailing address**
3406 ELM HILL ST.

SAN ANTONIO    TX   78230

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$493,978.59**    Column B: **$0.00**

---

**2.199** 

**Creditor's name**
MANSHIP, JEFFREY

**Creditor's mailing address**
3406 ELM HILL ST.

SAN ANTONIO    TX   78230

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$62,415.62**    Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.198**

| Creditor's name<br>**MANSHIP, TRISHA** | Describe debtor's property that is subject to a lien | **$92,021.93** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**3406 ELM HILL ST.**

Notes

Describe the lien

**.**

**SAN ANTONIO      TX    78230**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          ___ ___ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.199**

| Creditor's name<br>**MAXWELL, LINDA** | Describe debtor's property that is subject to a lien | **$10,000.00** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**P.O. BOX 74**

Notes

Describe the lien

**.**

**BOERNE            TX    78006**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number          ___ ___ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.200**

| Creditor's name<br>**MAXWELL, LINDA** | Describe debtor's property that is subject to a lien | **$60,000.00** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**P.O. BOX 74**

**Notes**

Describe the lien
.

**BOERNE          TX    78006**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number ___ ___ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.201**

| Creditor's name<br>**MAYFIELD, ERIC** | Describe debtor's property that is subject to a lien | **$75,000.00** | **$0.00** |
|---|---|---|---|

Creditor's mailing address
**225 HUNTER HILLS DRIVE**

**Notes**

Describe the lien
.

**NEW BRAUNFELS    TX    78132**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number ___ ___ **N   A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.202**

**Creditor's name**
McLAUGHLIN, KELLI

**Creditor's mailing address**
8306 LONGVIEW RD.

AUSTIN          TX    78745

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  N  A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,529.51    $0.00

**2.203**

**Creditor's name**
McLAUGHLIN, KELLI

**Creditor's mailing address**
P.O. BOX 337

AUSTIN          TX    78873

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  N  A

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,313.79    $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.204**

**Creditor's name**
**McWHORTER, CATHY**

**Creditor's mailing address**
**3945 ROBIN TRAIL**

_____

**COLLEGE STATION TX    77845**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account
number**    ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
**.**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$54,772.91**  Value of collateral: **$0.00**

**2.205**

**Creditor's name**
**MCWHORTER, CATHY**

**Creditor's mailing address**
**3945 ROBIN TRAIL**

_____

**COLLEGE STATION TX    77845**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account
number**    ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
**.**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$56,573.28**  Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* Do not deduct the value of collateral. | *Value of collateral that supports this claim* |

---

**2.208** Creditor's name
**MEARSE, SALLISUE**

Creditor's mailing address
**6313 NAPOLI CIRCLE**

_____

**LEWISVILLE       TX   75077-8528**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien
**.**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $5,239.07 | $0.00 |

---

**2.207** Creditor's name
**MICHULKA, JENNIFER**

Creditor's mailing address
**191 PR 7064**

_____

**BUNA           TX   77612**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number        ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien
**.**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $78,177.44 | $0.00 |

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.208** Creditor's name
**MOFFETT, DARINDA**

Creditor's mailing address
**1143 SCENIC DRIVE**

_____

**GRANBURY          TX    76048**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___  ___  **N   A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien            **$45,000.00**          **$0.00**

Notes

Describe the lien
.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.209** Creditor's name
**MOFFETT, DARINDA**

Creditor's mailing address
**1143 SCENIC DRIVE**

_____

**GRANBURY          TX    76048**

Creditor's email address, if known

_____

Date debt was incurred          _____

Last 4 digits of account number          ___  ___  **N   A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien            **$55,000.00**          **$0.00**

Notes

Describe the lien
.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.210**

**Creditor's name**
**MOFFETT, DARINDA**

**Creditor's mailing address**
**1143 SCENIC DRIVE**

_____

**GRANBURY         TX    76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___  ___  __N_  _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$200,000.00 — $0.00

**2.211**

**Creditor's name**
**NEAL, ROBIN**

**Creditor's mailing address**
**5717 WINDY HOLLOW**

_____

**SAN ANTONIO       TX    78239**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___  ___  __N_  _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,318.71 — $0.00

Debtor **New Opportunities, Inc.**                    Case number (if known) **21-50018-RBK**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.212** **Creditor's name**
**NEWBERRY, MARGARET**

**Creditor's mailing address**
**14511 CHADBOURNE DR.**

_____

**HOUSTON          TX    77079**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
:
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$129,080.50                    $0.00

---

**2.213** **Creditor's name**
**NIEDERHOFER, G.W.**

**Creditor's mailing address**
**26933 MERLOT RIVER**

_____

**KINGWOOD          TX    77339-1449**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
:
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$422,454.90                    $0.00

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.214**

**Creditor's name**
**NIEDERHOFER, G.W.**

**Creditor's mailing address**
**26933 MERLOT RIVER**

_____

**KINGWOOD          TX    77339-1449**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$104,609.42**   Column B: **$0.00**

**2.215**

**Creditor's name**
**NIEDERHOFER, GLENDA**

**Creditor's mailing address**
**26933 MERLOT RIVER**

_____

**KINGWOOD          TX    77339**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$45,299.22**   Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.215**

**Creditor's name**
**NIEDERHOFER, GLENDA**

**Creditor's mailing address**
**26933 MERLOT RIVER**

_____

_____

**KINGWOOD          TX    77339**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**

**.**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$34,475.25      $0.00

---

**2.216**

**Creditor's name**
**NIEMEYER, CARLA**

**Creditor's mailing address**
**P.O. BOX 777**

_____

_____

**LEAKEY          TX    78873**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ **N  A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**

**.**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$39,665.21      $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.21?** **Creditor's name**
**NIEMEYER, CARLA**

**Creditor's mailing address**
**P.O. BOX 777**

**LEAKEY          TX    78873**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$58,015.25**   Column B: **$0.00**

---

**2.21?** **Creditor's name**
**NOLL, PATRICIA**

**Creditor's mailing address**
**135 W. ARROWHEAD**

**SAN ANTONIO      TX    78228-2404**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$102,048.42**   Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | | Column A | Column B |
|---|---|---|---|
|  | | *Amount of claim* Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.22(** **Creditor's name**
**NOWAK, KAYLA**

**Describe debtor's property that is subject to a lien**

$7,955.31      $0.00

**Creditor's mailing address**
**131 WESTWOOD WAY**

**Notes**

**Describe the lien**

_____

_____     **:**

**SAN ANTONIO      TX    78218**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ __**N A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.22(** **Creditor's name**
**PADDOCK, JUDITH**

**Describe debtor's property that is subject to a lien**

$16,924.69      $0.00

**Creditor's mailing address**
**1421 SKYLINE DRIVE**

**Notes**

**Describe the lien**

_____

_____     **:**

**CANYON LAKE      TX    78133**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ __**N A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.222**

**Creditor's name**
**PADDOCK, JUDITH**

**Creditor's mailing address**
**1421 SKYLINE DRIVE**

_____

_____

**CANYON LAKE    TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,924.69    $0.00

---

**2.223**

**Creditor's name**
**PADDOCK, JUDITH**

**Creditor's mailing address**
**1421 SKYLINE DRIVE**

_____

_____

**CANYON LAKE    TX    78133**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,443.50    $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.224** Creditor's name
**PEARSON, YOLANDA**

Creditor's mailing address
**3211 CANAVERAL**

_____

_____

**SAN ANTONIO       TX    78217**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number        ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien

**.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $106,519.40 | $0.00 |
|---|---|

---

**2.225** Creditor's name
**PEARSON, YOLANDA**

Creditor's mailing address
**3211 CANAVERAL**

_____

_____

**SAN ANTONIO       TX    78217**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number        ___  ___  **N**  **A**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Notes**

Describe the lien

**.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $108,188.99 | $0.00 |
|---|---|

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.225** Creditor's name
**PHILLIPS, PAIGE**

Creditor's mailing address
**131 WESTWOOD WAY**

_____

**SAN ANTONIO      TX    78218**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ __ **N A**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien
**.**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,955.31**   **$0.00**

---

**2.226** Creditor's name
**PITTS, CHRISTIAN**

Creditor's mailing address
**625 CREEKSIDE WAY #1516**

_____

**NEW BRAUNFELS    TX    78130**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ __ **N A**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien
**.**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75,000.00**   **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.228**

| | | | |
|---|---|---|---|
| Creditor's name<br>**PLUMMER, CHARLES** | Describe debtor's property that is subject to a lien | **$257,000.00** | **$0.00** |

Creditor's mailing address
**229 GENESEO**

Notes

Describe the lien

.

**SAN ANTONIO      TX    78209**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number            **N  A**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.229**

| | | | |
|---|---|---|---|
| Creditor's name<br>**PLUMMER, CHARLES S** | Describe debtor's property that is subject to a lien | **$257,000.00** | **$335,000.00** |

Creditor's mailing address
**229 Geneseo Road**

**102 and 104 N. Austin, Seguin, TX**

Describe the lien
**Mortgage**

**San Antonio      TX    78209**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known
**cplummer52@aol.com**

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred      **6/5/2020**

Last 4 digits of account number            ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Creditors having an interest in this same property:**
**Billy T. Brice, Jr.**
**Michael J. Finleon**
**Tausch Ventures, LLC**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.230**

**Creditor's name**
**PLUMMER, ELIZABETH**

**Creditor's mailing address**
**229 GENESEO RD.**

_____

**SAN ANTONIO        TX    78209**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$148,469.09**    Value of collateral: **$0.00**

**2.231**

**Creditor's name**
**POLASEK, MARY**

**Creditor's mailing address**
**5601 US HWY 181 NORTH**

_____

**FLORESVILLE        TX    78114**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$20,761.57**    Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.232** 

Creditor's name
**POLASEK, MARY**

Creditor's mailing address
**5601 US HWY 181 NORTH**

_____

**FLORESVILLE       TX     78114**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number         ___  ___  __N__  __A__

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____:_

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$47,614.49**    Column B: **$0.00**

---

**2.233**

Creditor's name
**PROFESSIONAL FLIGHT**

Creditor's mailing address
**3635 HAECKERVILLE RD.**

_____

**CIBOLO           TX     78108**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number         ___  ___  __N__  __A__

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Notes

Describe the lien

_____:_

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$153,048.46**    Column B: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

### 2.234

**Creditor's name**
ROBERTS, DANA

**Creditor's mailing address**
114 LAURAL LANE

UNIVERSAL CITY    TX    78148

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ ___   N  A

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$20,001.58**      **$0.00**

### 2.235

**Creditor's name**
ROBERTS, DANA

**Creditor's mailing address**
114 LAURAL LANE

UNIVERSAL CITY    TX    78148

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      ___ ___ ___   N  A

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59,328.19**      **$0.00**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) **21-50018-RBK** |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.236**

**Creditor's name**
**ROBERTS, DANA**

**Creditor's mailing address**
**114 LAURAL LANE**

_____

**UNIVERSAL CITY    TX    78148**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,759.94**                    **$0.00**

---

**2.237**

**Creditor's name**
**ROBERTS, DANA & EDDIE**

**Creditor's mailing address**
**114 LAURAL LANE**

_____

**UNIVERSAL CITY    TX    78148**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$255,384.95**                    **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.238**

| **Creditor's name**<br>**ROBERTS, LINDA** | **Describe debtor's property that is subject to a lien** | **$56,354.66** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**114 LAURAL LANE**

**Notes**

**Describe the lien**
.

**UNIVERSAL CITY     TX     78148**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number     ___  ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.239**

| **Creditor's name**<br>**ROBINSON, GIL** | **Describe debtor's property that is subject to a lien** | **$99,166.03** | **$0.00** |
|---|---|---|---|

**Creditor's mailing address**
**5150 BROADWAY #610**

**Notes**

**Describe the lien**
.

**SAN ANTONIO     TX     78217-5710**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number     ___  ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.240** **Creditor's name**
**ROBINSON, GIL**

**Creditor's mailing address**
**5150 BROADWAY #610**

**SAN ANTONIO     TX   78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          N A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$78,753.19**      Value of collateral: **$0.00**

---

**2.241** **Creditor's name**
**ROBINSON, GIL**

**Creditor's mailing address**
**5150 BROADWAY #610**

**SAN ANTONIO     TX   78209**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          N A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$139,401.50**      Value of collateral: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

**Part 1:    Additional Page**

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.242**

| **Creditor's name**<br>**ROBINSON, GIL** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $0.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**5150 BROADWAY #610**

**Notes**

**Describe the lien**
.

_____

**SAN ANTONIO        TX    78209**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.243**

| **Creditor's name**<br>**ROBINSON, GIL** | **Describe debtor's property that is subject to a lien** | $138,024.35 | $0.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**5150 BROADWAY #610**

**Notes**

**Describe the lien**
.

_____

**SAN ANTONIO        TX    78209**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**        _____

**Last 4 digits of account number**        ___  ___  **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.244**

**Creditor's name**
**ROBINSON, GIL**

**Creditor's mailing address**
**5150 BROADWAY #610**

_____

_____

**SAN ANTONIO       TX    78209-5710**

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account number**       ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $50,000.00 | $0.00 |

---

**2.245**

**Creditor's name**
**ROBINSON, GIL**

**Creditor's mailing address**
**5150 BROADWAY #610**

_____

_____

**SAN ANTONIO       TX    78209-5710**

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account number**       ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $250,000.00 | $0.00 |

---

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 123

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.24▮** Creditor's name
**ROBINSON, GIL**

Describe debtor's property that is
subject to a lien                                          **$51,123.39**                    **$0.00**

Creditor's mailing address
**5150 BROADWAY #610**

**Notes**

Describe the lien

_____

**SAN ANTONIO        TX    78209-5710**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account
number                    ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.24▮** Creditor's name
**ROBINSON, GIL**

Describe debtor's property that is
subject to a lien                                          **$100,000.00**                   **$0.00**

Creditor's mailing address
**5150 BROADWAY #610**

**Notes**

Describe the lien

_____

**SAN ANTONIO        TX    78209**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account
number                    ___ ___ **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.248** Creditor's name
**RODRIGUEZ, BIRGIT**

Creditor's mailing address
**7127 WESTBORO PLACE**

_____

**SAN ANTONIO       TX    78229-4131**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number           ___  ___  **N**  **A**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

   ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**Notes**

Describe the lien

**:**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**$31,596.91**     **$0.00**

---

**2.249** Creditor's name
**RODRIGUEZ, BIRGIT**

Creditor's mailing address
**7127 WESTBORO PLACE**

_____

**SAN ANTONIO       TX    78229-4131**

Creditor's email address, if known

_____

Date debt was incurred      _____

Last 4 digits of account
number           ___  ___  **N**  **A**

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

   ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

**Notes**

Describe the lien

**:**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,902.02**     **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.250** **Creditor's name**
**RODRIGUEZ, DAVID**

**Creditor's mailing address**
**7127 WESTBORO PLACE**

_____

**SAN ANTONIO     TX    78229-4131**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

._____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $53,509.38 | $0.00 |

---

**2.251** **Creditor's name**
**RODRIGUEZ, DAVID**

**Creditor's mailing address**
**7127 WESTBORO PLACE**

_____

**SAN ANTONIO     TX    78229-4131**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

._____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $16,585.01 | $0.00 |

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.252**

| **Creditor's name** SALAZAR, A.R. | **Describe debtor's property that is subject to a lien** | $38,287.48 | $0.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**1026 RIVER GLEN WEST**

**Notes**

**Describe the lien**
.

SAN ANTONIO     TX    78216

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.253**

| **Creditor's name** SCHAEFER, JOYCE | **Describe debtor's property that is subject to a lien** | $216,193.47 | $0.00 |
| --- | --- | --- | --- |

**Creditor's mailing address**
**955 RIVERWAY**

**Notes**

**Describe the lien**
.

SPRING BRANCH    TX    78070

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**        ___ ___ **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.254**

**Creditor's name**
**SCHAEFER, MORRIS**

**Creditor's mailing address**
**955 RIVER WAY**

_____

**SPRING BRANCH    TX    78070**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  __N_  _A_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $105,321.08 | $0.00 |

---

**2.255**

**Creditor's name**
**SIKES, CLYDE & BARBARA**

**Creditor's mailing address**
**30920 FIREBIRD DR.**

_____

**FAIR OAKS RANCH  TX   78015**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  __N_  _A_

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $180,000.00 | $0.00 |

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | *Amount of claim* Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.25\_**

**Creditor's name**
SILLS, FRANK

**Creditor's mailing address**
152 COUNTRY ACRES

_____

ADKINS            TX    78101

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**     ___ ___ ___   N  A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $80,000.00 | $0.00 |

---

**2.25\_**

**Creditor's name**
SILLS, FRANK

**Creditor's mailing address**
152 COUNTRY ACRES

_____

ADKINS            TX    78101

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**     ___ ___ ___   N  A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $50,000.00 | $0.00 |

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.258** **Creditor's name**
SMITH, APRIL

**Creditor's mailing address**
P.O. BOX 699

_____

SOMERSET          TX    78069

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**     ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$10,643.25**   Column B: **$0.00**

---

**2.259** **Creditor's name**
SMITH, BONNIE

**Creditor's mailing address**
7406 MISSION TOWER

_____

BOERNE          TX    78015

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**     ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$9,733.32**   Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.26_** | **Creditor's name**
**SMITH, BONNIE**

**Creditor's mailing address**
**7406 MISSION TOWER**

_____

**BOERNE          TX    78015**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**      ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,733.32          $0.00

**2.26_** | **Creditor's name**
**SMITH, BONNIE**

**Creditor's mailing address**
**7406 MISSION TOWER**

_____

**BOERNE          TX    78015**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**      ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,649.91          $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.262**

**Creditor's name**
SMITH, BONNIE

**Creditor's mailing address**
7406 MISSION TOWER

BOERNE          TX    78015

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$59,493.84**       Column B: **$0.00**

---

**2.263**

**Creditor's name**
SMITH, CARRIE

**Creditor's mailing address**
2309 WINDSWEPT DRIVE

AUSTIN          TX    78738

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$19,432.95**       Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.264**

**Creditor's name**
**SMITH, KEVIN**

**Creditor's mailing address**
**11603 MILE DR.**

_____

**HOUSTON          TX     77065**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**          ___  ___  **N**  **A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$200,000.00**     Value of collateral: **$0.00**

**2.265**

**Creditor's name**
**STEAGALL, JOHN**

**Creditor's mailing address**
**426 LOCH LOMOND**

_____

**CIBOLO          TX     78108**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account
number**          ___  ___  **N**  **A**

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$32,729.36**     Value of collateral: **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** |

| | | Column A | Column B |
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.268**

**Creditor's name**
STEAGALL, YOLANDA

**Creditor's mailing address**
426 LOCH LOMOND

CIBOLO            TX    78108

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**       __ __ __ __   **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$139,728.62**     Value of collateral: **$0.00**

---

**2.269**

**Creditor's name**
STEWART MGMT TRUST

**Creditor's mailing address**
200 PATTERSON #412

SAN ANTONIO        TX    78209

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**       __ __ __ __   **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$5,000,000.00**     Value of collateral: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

| **Part 1:** | **Additional Page** | | |

| | | Column A | Column B |
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.268**

**Creditor's name**
**STEWART, JULIAN & NANA**

**Describe debtor's property that is subject to a lien**

$66,366.52   $381,047.06

**Creditor's mailing address**
**Manangement Trust**

**4 real estate lien notes - Mortgage Fund One**

**200 Patterson**

**Describe the lien**
**Mortgage**

**San Antonio          TX   78209**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred   10/31/2011**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Creditors having an interest in this same property:**
**Billy T. Brice, Jr.**
**Michael J. Finleon**
**Tausch Ventures, LLC**

**2.269**

**Creditor's name**
**TAUSCH VENTURES**

**Describe debtor's property that is subject to a lien**

$150,000.00   $0.00

**Creditor's mailing address**
**P.O. BOX 741**

**Notes**

**Describe the lien**
**.**

**HELOTES          TX   78023**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** ___ ___ **N   A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|--------|------------------------------|------------------------------------------|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.270**

| | | |
|---|---|---|
| **Creditor's name**<br>TAUSCH VENTURES | **Describe debtor's property that is subject to a lien** | **$150,000.00**     **$0.00** |

**Creditor's mailing address**
P.O. BOX 741

**Notes**

**Describe the lien**
.

HELOTES              TX    78023

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    ___  ___  **N**  **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.271**

| | | |
|---|---|---|
| **Creditor's name**<br>TAUSCH VENTURES, LLC | **Describe debtor's property that is subject to a lien** | **$78,096.46**    **$381,047.06** |

**Creditor's mailing address**
P.O. Box 741

**4 real estate lien notes - Mortgage Fund One**

**Describe the lien**
Mortgage

Helotes              TX    78023

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**    8/25/2011

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    ___  ___  ___  ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Creditors having an interest in this same property:**
**Billy J. Brice**
**Julian & Nana Stewart**
**Michael J. Finleon**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:**  **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.272**

**Creditor's name**
**VALIENTE, DONNA**

**Creditor's mailing address**
**P.O. BOX 746**

_____

**CONVERSE          TX   78109**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**
**number**          ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____ **.**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$40,000.00**   Column B: **$0.00**

---

**2.273**

**Creditor's name**
**VALIENTE, DONNA**

**Creditor's mailing address**
**P.O. BOX 746**

_____

**CONVERSE          TX   78109**

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account**
**number**          ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____ **.**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$106,429.49**   Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.274**

| Creditor's name | Describe debtor's property that is subject to a lien | $14,180.73 | $0.00 |
|---|---|---|---|
| **WALKER, ROBERT** | | | |

Creditor's mailing address
**1301 S. 3rd AVE., UNIT 16-A**

**Notes**

**Describe the lien**
.

**SEQUIM              WA   98382**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.275**

| Creditor's name | Describe debtor's property that is subject to a lien | $102,356.49 | $0.00 |
|---|---|---|---|
| **WATSON, BRADY** | | | |

Creditor's mailing address
**454 FLIPPIN ESTATES**

**Notes**

**Describe the lien**
.

**SAN ANTONIO        TX   78239**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **N  A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.276** **Creditor's name**
WATSON, DONNA

**Creditor's mailing address**
454 FLIPPIN ESTATES

_____

SAN ANTONIO      TX    78239

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ __N_ _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$74,706.16      $0.00

**2.277** **Creditor's name**
WETZEL, CHERYL

**Creditor's mailing address**
10007 CAROLWOOD

_____

SAN ANTONIO      TX    78213

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ __N_ _A_

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$128,000.00      $0.00

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.278**

**Creditor's name**
**WHEATLEY, GARY**

**Creditor's mailing address**
**604 HI CIRCLE WEST**

_____

_____

**HORSESHOE BAY   TX   78657**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

**.**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$333,008.61** | **$0.00**

---

**2.279**

**Creditor's name**
**WHEATLEY, LORETTA**

**Creditor's mailing address**
**604 HI CIRCLE WEST**

_____

_____

**HORSESHOE BAY   TX   78657**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

**.**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$97,118.31** | **$0.00**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) **21-50018-RBK** |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.280**

**Creditor's name**
**WHITBY, SANDRA**

**Creditor's mailing address**
**3215 MORNING TRAIL**

_____

**SAN ANTONIO     TX    78247**

**Creditor's email address, if known**

_____

**Date debt was incurred**         _____

**Last 4 digits of account number**         ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $176,223.54 | $0.00 |
|---|---|

---

**2.281**

**Creditor's name**
**WHITBY, SANDY**

**Creditor's mailing address**
**3215 MORNING TRAIL**

_____

**SAN ANTONIO     TX    78247**

**Creditor's email address, if known**

_____

**Date debt was incurred**         _____

**Last 4 digits of account number**         ___  ___  **N**  **A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $69,382.33 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.282**

| **Creditor's name**<br>**WHITBY, SANDY** | **Describe debtor's property that is**<br>**subject to a lien** | $135,416.53 | $0.00 |
|---|---|---|---|

**Creditor's mailing address**
**3215 MORNING TRAIL**

**SAN ANTONIO       TX     78247**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          ___ ___ _N_ _A_**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.283**

| **Creditor's name**<br>**WHITE, COURTNEY** | **Describe debtor's property that is**<br>**subject to a lien** | $18,114.59 | $0.00 |
|---|---|---|---|

**Creditor's mailing address**
**3635 HAECKERVILLE RD.**

**CIBOLO             TX     78108**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number          ___ ___ _N_ _A_**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **New Opportunities, Inc.**                                   Case number (if known) **21-50018-RBK**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.284**

**Creditor's name**
**WHITE, COURTNEY**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $9,544.99   **Value of collateral:** $0.00

**Creditor's mailing address**
**3635 HAECKERVILLE RD.**

**Notes**

**Describe the lien**
_____

**CIBOLO          TX   78108**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number      ___ ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.285**

**Creditor's name**
**WHITE, DOROTHEE**

**Describe debtor's property that is subject to a lien**

**Amount of claim:** $229,484.27   **Value of collateral:** $0.00

**Creditor's mailing address**
**3635 HAECKERVILLE**

**Notes**

**Describe the lien**
_____

**CIBOLO          TX   78108**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number      ___ ___  N  A**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.285**

**Creditor's name**
WHITE, DOROTHEE

**Creditor's mailing address**
3635 HAECKERVILLE

_____

CIBOLO         TX    78108

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account number**      ___  ___  N  A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $94,809.78 | $0.00 |
|---|---|

---

**2.286**

**Creditor's name**
WHITE, LARRY

**Creditor's mailing address**
162 DEAN ROAD

_____

CIBOLO         TX    78108

**Creditor's email address, if known**

_____

**Date debt was incurred**      _____

**Last 4 digits of account number**      ___  ___  N  A

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $22,259.09 | $0.00 |
|---|---|

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.288**

**Creditor's name**
**WHITE, LARRY**

**Creditor's mailing address**
**162 DEAN ROAD**

_____

**CIBOLO              TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$93,683.30** | **$0.00**

**2.289**

**Creditor's name**
**WHITE, TOM**

**Creditor's mailing address**
**3635 HAECKERVILLE**

_____

**CIBOLO              TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140,978.38** | **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

**2.29ᵍ** 

**Creditor's name**
**WHITE, TOM**

**Describe debtor's property that is subject to a lien**

$299,579.92      $0.00

**Creditor's mailing address**
**3635 HAECKERVILLE**

**Notes**

**Describe the lien**
_____ **.**

**CIBOLO          TX   78108**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___  ___  **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.29ʰ**

**Creditor's name**
**WHITE, TOM**

**Describe debtor's property that is subject to a lien**

$281,474.33      $0.00

**Creditor's mailing address**
**3635 HAECKERVILLE**

**Notes**

**Describe the lien**
_____ **.**

**CIBOLO          TX   78108**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___  ___  **N** **A**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

**Part 1:**  **Additional Page**

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.292**

**Creditor's name**
**WHITE, TOM**

**Creditor's mailing address**
**3635 HAECKERVILLE**

_____

**CIBOLO          TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $64,151.47 | $0.00 |
|---|---|

**2.293**

**Creditor's name**
**WHITE, TOM**

**Creditor's mailing address**
**3635 HAECKERVILLE**

_____

**CIBOLO          TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $95,683.78 | $0.00 |
|---|---|

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.294** **Creditor's name**
**WHITE, TOM**

**Creditor's mailing address**
**3635 HAECKERVILLE**

**CIBOLO       TX   78108**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$58,536.85** | **$0.00**

---

**2.295** **Creditor's name**
**WHITE, TOM**

**Creditor's mailing address**
**3635 HAECKERVILLE**

**CIBOLO       TX   78108**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ **N A**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**.**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$163,030.95** | **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

---

**2.298**

**Creditor's name**
**WHITE, TRAVIS**

**Creditor's mailing address**
**3635 HAECKERVILLE RD.**

_____

**CIBOLO            TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____._____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$6,582.79** | **$0.00** |

---

**2.299**

**Creditor's name**
**WHITE, TRAVIS**

**Creditor's mailing address**
**3635 HAECKERVILLE RD.**

_____

**CIBOLO            TX    78108**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

_____._____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$4,528.60** | **$0.00** |

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Column A *Amount of claim* Do not deduct the value of collateral.

Column B *Value of collateral that supports this claim*

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.29█**

**Creditor's name**
**WILLIAMS, DANNY**

**Creditor's mailing address**
**885 FM 2538**

_____

**SEGUIN          TX    78155**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**:**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $84,352.47 | $0.00 |
|---|---|

**2.29█**

**Creditor's name**
**WILLIAMSON, GEORGE**

**Creditor's mailing address**
**3043 LOW OAK**

_____

**SAN ANTONIO      TX    78232**

**Creditor's email address, if known**

_____

**Date debt was incurred**     _____

**Last 4 digits of account**
**number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
**:**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $152,855.44 | $0.00 |
|---|---|

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.300**

| Creditor's name | Describe debtor's property that is | $11,494.59 | $0.00 |
| **WILSON, JANET** | subject to a lien | | |

Creditor's mailing address
**90 BENT OAK CIRCLE**

**Notes**

Describe the lien

.

**THOMASVILLE          GA    31757-9502**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___  ___  **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.30?**

| Creditor's name | Describe debtor's property that is | $18,786.93 | $0.00 |
| **WILSON, JANET** | subject to a lien | | |

Creditor's mailing address
**90 BENT OAK CIRCLE**

**Notes**

Describe the lien

.

**THOMASVILLE          GA    31757-9502**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___  ___  **N  A**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

## Part 1:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.302**

**Creditor's name**
**WILSON, JANET**

**Creditor's mailing address**
**90 BENT OAK CIRCLE**

_____

**THOMASVILLE     GA    31757**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$44,505.81** | **$0.00**

**2.303**

**Creditor's name**
**WILSON, SAM**

**Creditor's mailing address**
**79 COLE POINT**

_____

**HOSCHTON       GA    30548**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ **N  A**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**

.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,794.19** | **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.304**

**Creditor's name**
**WOODRIFF, BARBARA**

**Creditor's mailing address**
**2308 10th STREET**

_____

_____

**MONROE          WI    53566**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**$11,249.53**          **$0.00**

**2.305**

**Creditor's name**
**WOODRIFF, BARBARA**

**Creditor's mailing address**
**2308 10th STREET**

_____

_____

**MONROE          WI    53566**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,878.36**          **$0.00**

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.308**

**Creditor's name**
**WOODRIFF, BARBARA**

**Creditor's mailing address**
**2308 10th STREET**

**MONROE          WI   53560**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$52,129.90**   Column B: **$0.00**

---

**2.307**

**Creditor's name**
**YATES, OZELL**

**Creditor's mailing address**
**1016 E. GRUBB**

**MESQUITE          TX   75149**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**        ___  ___  **N   A**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$54,769.91**   Column B: **$0.00**

---

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

### 2.308

**Creditor's name**
YATES, OZELL

**Creditor's mailing address**
1016 E. GRUBB

_____

MESQUITE          TX   75149

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $12,364.75 | $0.00 |

### 2.309

**Creditor's name**
YATES, OZELL

**Creditor's mailing address**
1016 E. GRUBB

_____

MESQUITE          TX   75149

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___  ___  **N  A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $55,153.06 | $0.00 |

| Debtor | **New Opportunities, Inc.** | Case number (if known) **21-50018-RBK** |
|---|---|---|

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

**2.310**

**Creditor's name**
YATES, OZELL

**Creditor's mailing address**
1016 E. GRUBB

MESQUITE          TX    75149

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$108,263.14   $0.00

**2.311**

**Creditor's name**
ZARDENETTA, ANTONIO

**Creditor's mailing address**
311 W. NOTTNGHAM DR. #137

SAN ANTONIO       TX    78209

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___  ___  __N__  __A__

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Notes**

**Describe the lien**
.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,472.06   $0.00

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **New Opportunities, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-50018-RBK** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( ____ )

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Amount of claim** |
|---|---|---|---|
| | | | $31,765.65 |

**Cutting Edge c/o Bryan Underwood**

**2016 Elm Creek Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Seguin** | **TX** | **78155** |
|---|---|---|

**Basis for the claim:**

**Business debt**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☒ No

**Last 4 digits of account number** ___ ___ ___ ___

☐ Yes

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** **$31,765.65** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$31,765.65** |

| Fill in this information to identify the case: |
|---|

| Debtor name | **New Opportunities, Inc.** |
|---|---|

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

| Case number (if known) | **21-50018-RBK** | Chapter | **7** |
|---|---|---|---|

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease Agreement | 8531 N. New Braunfels, Limited |
|---|---|---|---|
| | | | 8531 N. New Braunfels |
| | State the term remaining | month-to-month | |
| | List the contract number of any government contract | | San Antonio    TX    78217 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Earnest money contract for sale of real property @ 1515 Blackjack, Lockhart, TX 78644 | Roy Dean Stephens, Sr. |
|---|---|---|---|
| | | | 1515 Blackjack |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lockhart    TX    78644 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Servicing Agreement between New Opp and Tausch Ventures, LLC | Tausch Ventures, LLC |
|---|---|---|---|
| | | | P.O. Box 741 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Helotes    TX    78023 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **New Opportunities, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-50018-RBK** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name | **New Opportunities, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-50018-RBK** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2021**          X **/s/ Terry A. Cleveland / James W. Hale**
        MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                 **Terry A. Cleveland / James W. Hale**
                                 Printed name

                                 **President / Vice President**
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **New Opportunities, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)  **21-50018-RBK**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2021** MM / DD / YYYY to Filing date | | ☑ Operating a business ☐ Other _____ | **$129,386.74** |
| For prior year: | From **01/01/2020** MM / DD / YYYY to **12/31/2020** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$1,049,362.00** |
| For the year before that: | From **01/01/2019** MM / DD / YYYY to **12/31/2019** MM / DD / YYYY | | ☑ Operating a business ☐ Other _____ | **$919,271.74** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Sylvia Doderer IRA** Creditor's name **8214 Robin Rest** Street **San Antonio**  **TX**  **78209** City  State  ZIP Code | **11/17/2020** | **$9,000.00** | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other  **distribution** |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

3.2.

**Julian & Nana Stewart Mgmt Trust**
Creditor's name

**200 Patterson #412**
Street

**San Antonio**    **TX**    **78209**
City     State    ZIP Code

Dates: **11/30/2020**

Total amount or value: **$29,726.03**

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Interest**

3.3.

**Nancy Dugger**
Creditor's name

**126 Hiler**
Street

**San Antonio**    **TX**    **78209**
City     State    ZIP Code

Dates:
**12/1/20**
**(3,044.77)**
**12/8/20**
**(2,520.48)**
**12/11/20**
**(1,819.41)**
**12/30/20**
**(1,807.25)**

Total amount or value: **$9,191.91**

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Interest**

3.4.

**Cutting Edge c/o Bryan Underwood**
Creditor's name

**2016 Elm Creek Rd.**
Street

**Seguin**    **TX**    **78155**
City     State    ZIP Code

Dates:
**10/27/20**
**(12,000)**
**12/4/20**
**(10,000)**
**12/23/20**
**(12,000)**
**1/14/21**
**(8,000)**

Total amount or value: **$42,000.00**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

---

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

4.1.

**James W. Hale Profit Sharing Plan**
Insider's name

**8531 N. New Braunfels, Ste. 105**
Street

**San Antonio**    **TX**    **78217**
City     State    ZIP Code

Dates: **12/17/20**

Total amount or value: **$11,184.43**

**\*Note w/ current balance of $11,184.43**

Reasons for payment or transfer: **See Global Notes**

**Relationship to debtor**

**common ownership**

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **James W. Hale Profit Sharing Plan** <br> Insider's name <br> **8531 N New Braunfels, Ste. 105** <br> Street <br><br> **San Antonio**　**TX**　**78217** <br> City　State　ZIP Code <br><br> Relationship to debtor <br> **common ownership** | **12/29/20** <br><br> **\*Note w/current balance of $110,809.54** | **$110,809.54** | **See Global Notes** |
| 4.3. | **TCCPA, LLC** <br> Insider's name <br> **8531 N New Braunfels, Ste. 105** <br> Street <br><br> **San Antonio**　**TX**　**78217** <br> City　State　ZIP Code <br><br> Relationship to debtor <br> **common ownership** | **07/23/20** | **$915.00** | **Payment for filing 1099s (filing fee)** |
| 4.4. | **TCCPA, LLC** <br> Insider's name <br> **8531 N New Braunfels, Ste. 105** <br> Street <br><br> **San Antonio**　**TX**　**78217** <br> City　State　ZIP Code <br><br> Relationship to debtor <br> **common ownership** | **09/14/20** | **$125.00** | **Payment for filing tax return (filing fee)** |
| 4.5. | **CleveCo, Ltd** <br> Insider's name <br> **8531 N New Braunfels** <br> Street <br><br> **San Antonio**　**TX**　**78217** <br> City　State　ZIP Code <br><br> Relationship to debtor <br> **common ownership** | **02/01/20 - 01/01/21** | **$11,000.00** | **Monthly expense allowance** |
| 4.6. | **James W. Hale, PC** <br> Insider's name <br> **8531 N New Braunfels** <br> Street <br><br> **San Antonio**　**TX**　**78217** <br> City　State　ZIP Code <br><br> Relationship to debtor <br> **common ownership** | **02/12/20** | **$150.00** | **Payment for legal services** |

| Debtor | **New Opportunities, Inc.** | | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|---|
| | Name | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.7. | **James W. Hale, PC**<br>Insider's name<br>**8531 N New Braunfels**<br>Street<br><br>**San Antonio**　　**TX**　**78217**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**common ownership** | **02/29/20** | **$150.00** | **Payment for legal services** |
| 4.8. | **James W. Hale, PC**<br>Insider's name<br>**8531 N New Braunfels**<br>Street<br><br>**San Antonio**　　**TX**　**78217**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**common ownership** | **03/31/20** | **$75.00** | **Payment for legal services** |
| 4.9. | **James W. Hale, PC**<br>Insider's name<br>**8531 N New Braunfels**<br>Street<br><br>**San Antonio**　　**TX**　**78217**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**common ownership** | **04/01/20** | **$475.00** | **Payment for legal services** |
| 4.10. | **James W. Hale, PC**<br>Insider's name<br>**8531 N New Braunfels**<br>Street<br><br>**San Antonio**　　**TX**　**78217**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**common ownership** | **06/01/20** | **$225.00** | **Payment for legal services** |
| 4.11. | **James W. Hale, PC**<br>Insider's name<br>**8531 N New Braunfels**<br>Street<br><br>**San Antonio**　　**TX**　**78217**<br>City　　　　State　ZIP Code<br><br>**Relationship to debtor**<br>**common ownership** | **09/17/20** | **$200.00** | **Payment for legal services** |

　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|---|
| | Name | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.12. | **James W. Hale, Profit Sharing Plan** | **04/02/20 -** | **$84,933.02** | **See Global Notes** |
| | Insider's name | **01/14/21** | | |
| | **8531 N New Braunfels** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**          **TX**     **78217** | | | |
| | City                              State     ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **common ownership** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.13. | **Rocking Y, Ltd** | **02/01/20 -** | **$11,000.00** | **Monthly expense allowance** |
| | Insider's name | **001/01/21** | | |
| | **8531 N New Braunfels** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**          **TX**     **78217** | | | |
| | City                              State     ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **common ownership** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.14. | **TCCPA, LLC** | **01/2019 -** | **$11,231.05** | **Reimbursment of expense paid by TCCPA for cloud hosting and software** |
| | Insider's name | **08/2020** | | |
| | **8531 N New Braunfels** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**          **TX**     **78217** | | | |
| | City                              State     ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **common ownership** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.15. | **James W. Hale** | **02/24/20 -** | **$20,220.00** | **Reimbursement of New Opp expenses paid by Hale** |
| | Insider's name | **01/05/21** | | |
| | **8531 N New Braunfels** | | | |
| | Street | | | |
| | | | | |
| | **San Antonio**          **TX**     **78217** | | | |
| | City                              State     ZIP Code | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | **common ownership** | | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Casey James, Ltd vs Mack Brooks, LLC** | **Lawsuit involved 1515 Blackjack St., Lockhart TX that Casey James, Ltd. owns. Mack Brooks, LLC holds Note and DOT against the property to secure tax liens it paid on behalf of prior owner of property** | **421st Dist. Ct. of Caldwell County** (Name)  **Caldwell County Justice Center** (Street)  **1703 S. Colorado - St. 1200**  **Lockhart  TX  78644** (City / State / ZIP Code) | ☑ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | | |
| | **20-0-143** | | | |
| 7.2. | **Estate of Stella Allejos, Deceased** | **One of Wallis Alan's borrowers was Stella Allejos. Wallis Alan, Ltd has loans with her (6743 Paro and 4042 Waterwood Pass). Payments stopped after she died. Claims have been filed and approved by Estate administrator and application to sell properties have been filed** | **Probate Court No. 2 of Bexar County** (Name)  **Bexar County Probate Court** (Street)  **100 Dolorosa - Rm 117**  **San Antonio  TX  78205** (City / State / ZIP Code) | ☑ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | | |
| | **2019-PC-2886** | | | |
| 7.3. | **Frank Dimicelli et al vs Wallis Alan, Ltd** | **Lawsuit involves 104 W. Court St., Seguin, TX. Plaintiffs claim right to use stairwell to reach second floor of his building at 106 W. Court St.** | **25th Dist. Ct. of Guadalupe County** (Name)  **Guadalupe County District Court** (Street)  **211 W. Court St.**  **Seguin  TX  78155** (City / State / ZIP Code) | ☑ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | | |
| | **20-1694-CV-A** | | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**Part 5:**  **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |
| **Vandalism to 100 N. Austin in Seguin, Texas.  An insurance claim was made to replace storefront window, cost estimate was $1,814.07** | $814.07 | 12/15/2020 | $1,814.07 |

**Part 6:**  **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Langley & Banack, Inc.** | | **1/15/2021 ($10,000 *Initial consultation / evaluation) 1/29/2021 ($40,000 *Chapter 7)** | $50,000.00 |
| | **Address** | | | |
| | **745 E. Mulberry, Suite 700** | | | |
| | Street | | | |
| | **San Antonio**    **TX**    **78212** | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|--------|------------------------------|-------------------------|------------------|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained

   **social security numbers; credit reports**

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
   ☐ No. Go to Part 10.
   ☐ Yes. Fill in below:

| | | |
|---|---|---|
| Debtor | **New Opportunities, Inc.** | Case number (if known) __**21-50018-RBK**__ |
| | Name | |

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Tausch Ventures, LLC** | **Texas Capital Bank** | **Cash** | **$1,978.33** |
| Name | | | |
| **P.O. Box 741** | **Checking acct - 4106** | | |
| Street | | | |
| | **San Antonio          TX** | | |
| **Helotes          TX     78023** | | | |
| City          State   ZIP Code | | | |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1. **Wallis Alan, Ltd.** Name | **Partnership to hold notes** | Do not include Social Security number or ITIN. |
| **8531 N. New Braunfels Ave.** Street | | EIN: _7_ _4_ – _2_ _6_ _9_ _7_ _7_ _1_ _8_ |
| | | **Dates business existed** |
| **San Antonio**  TX  **78217** City  State  ZIP Code | | From _1994_  To _present_ |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.2. **Casey James, Ltd.** Name | **Partnership to hold notes** | Do not include Social Security number or ITIN. |
| **8531 N New Braunfels** Street | | EIN: _7_ _4_ – _2_ _7_ _4_ _7_ _7_ _2_ _8_ |
| | | **Dates business existed** |
| **San Antonio**  TX  **78217** City  State  ZIP Code | | From _1995_  To _present_ |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **TCCPA, LLC** | **Firm provided remote data center for Quickbooks program** |
| Name | |
| **8531 N. New Braunfels Ave., #105** | |
| Street | |
| | |
| **San Antonio**            **TX**      **78217** | |
| City                    State      ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Terry A. Cleveland** | **8531 N. New Braunfels #105** **San Antonio, TX 78217** | **President** | |
| **James W. Hale** | **8531 N. New Braunfels #105** **San Antonio, TX 78217** | **Vice-President/Secretary** | |
| **CleveCo, Ltd.** | **8531 N. New Braunfels #105** **San Antonio, TX 78217** | | **50%** |
| **Rocking Y, Ltd.** | **8531 N. New Braunfels #105** **San Antonio, TX 78217** | | **50%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Kathryn A. Shussler** | **8531 N. New Braunfels #105** **San Antonio, TX 78217** | **Treasurer** | From **01/01/2001** To **12/1/2020** |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James W. Hale Profit Sharing Plan** <br> Name <br> **8531 N. New Braunfels, Ste. 105** <br> Street <br><br> **San Antonio    TX    78217** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **common ownership** | **\*Note w/current balance of $11,184.43** | **12/17/20** | **See Global Notes** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **James W. Hale Profit Sharing Plan** <br> Name <br> **8531 N. New Braunfels, Ste. 105** <br> Street <br><br> **San Antonio    TX    78217** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **common ownership** | **\*Note w/current balance of $110,809.54** | **12/29/20** | **See Global Notes** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **TCCPA, LLC** <br> Name <br> **8531 N. New Braunfels** <br> Street <br><br> **San Antonio    TX    78217** <br> City    State    ZIP Code <br><br> **Relationship to debtor** <br> **common ownership** | **$915.00** | **07/23/20** | **Payment for filing 1099s (filing fee)** |

| Debtor | New Opportunities, Inc. | | Case number (if known) | 21-50018-RBK |
|---|---|---|---|---|
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.4.** 
| | | | |
|---|---|---|---|
| TCCPA, LLC | $125.00 | 9/14/20 | Payment for filing tax return (filing fee) |
| Name | | | |
| 8531 N New Braunfels | | | |
| Street | | | |
| San Antonio        TX      78217 | | | |
| City                State   ZIP Code | | | |

Relationship to debtor

common ownership

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.5.**
| | | | |
|---|---|---|---|
| CleveCo, Ltd | $11,000.00 | 02/01/20 - 01/01/21 | Monthly expense allowance |
| Name | | | |
| 8531 N New Braunfels | | | |
| Street | | | |
| San Antonio        TX      78217 | | | |
| City                State   ZIP Code | | | |

Relationship to debtor

common ownership

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.6.**
| | | | |
|---|---|---|---|
| James W. Hale, PC | $150.00 | 02/12/20 | Payment for legal services |
| Name | | | |
| 8531 N New Braunfels | | | |
| Street | | | |
| San Antonio        TX      78217 | | | |
| City                State   ZIP Code | | | |

Relationship to debtor

common ownership

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.7.**
| | | | |
|---|---|---|---|
| James W. Hale, PC | $150.00 | 02/29/20 | Payment for legal services |
| Name | | | |
| 8531 N New Braunfels | | | |
| Street | | | |
| San Antonio        TX      78217 | | | |
| City                State   ZIP Code | | | |

Relationship to debtor

common ownership

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.8. **James W. Hale, PC**
Name
**8531 N New Braunfels**
Street

**San Antonio**      **TX**   **78217**
City                          State    ZIP Code

**Relationship to debtor**

**common ownership**

| | $75.00 | 03/31/20 | Payment for legal services |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.9. **James W. Hale, PC**
Name
**8531 N New Braunfels**
Street

**San Antonio**      **TX**   **78217**
City                          State    ZIP Code

**Relationship to debtor**

**common ownership**

| | $475.00 | 04/01/20 | Payment for legal services |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.10. **James W. Hale, PC**
Name
**8531 N New Braunfels**
Street

**San Antonio**      **TX**   **78217**
City                          State    ZIP Code

**Relationship to debtor**

**common ownership**

| | $225.00 | 06/01/20 | Payment for legal services |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.11. **James W. Hale, PC**
Name
**8531 N New Braunfels**
Street

**San Antonio**      **TX**   **78217**
City                          State    ZIP Code

**Relationship to debtor**

**common ownership**

| | $200.00 | 09/17/20 | Payment for legal services |

| Debtor | **New Opportunities, Inc.** | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.12.** **James W. Hale Profit Sharing Plan**  
Name  
**8531 N New Braunfels**  
Street

**San Antonio**     **TX**   **78217**  
City                          State   ZIP Code

**Relationship to debtor**

**common ownership**

$84,933.02 — 04/02/20 - 01/14/21 — **See Global Notes**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.13.** **Rocking Y, Ltd.**  
Name  
**8531 N New Braunfels**  
Street

**San Antonio**     **TX**   **78217**  
City                          State   ZIP Code

**Relationship to debtor**

**common ownership**

$11,000.00 — 02/01/20 - 01/01/21 — **Monthly expense allowance**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.14.** **TCCPA, LLC**  
Name  
**8531 N New Braunfels**  
Street

**San Antonio**     **TX**   **78217**  
City                          State   ZIP Code

**Relationship to debtor**

**common ownership**

$11,231.05 — 01/2019 - 08/2020 — **Reimbursment of expense paid by TCCPA for cloud hosting software**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.15.** **James W. Hale**  
Name  
**8531 N New Braunfels**  
Street

**San Antonio**     **TX**   **78217**  
City                          State   ZIP Code

**Relationship to debtor**

**common ownership**

$20,220.00 — 02/04/20 - 01/05/21 — **Reimbursement of New Opp expenses paid by Hale**

| Debtor | **New Opportunities, Inc.** | | Case number (if known) | **21-50018-RBK** |
|---|---|---|---|---|
| | Name | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/24/2021**
            MM / DD / YYYY


**X** **/s/ Terry A. Cleveland / James W. Hale**                            Printed name   **Terry A. Cleveland / James W. Hale**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **President / Vice President**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes